A

# 公 证 书

中华人民共和国福建省连江县公证处

I CERTIFY THAT I HAVE COMPARED THIS COPY WITH ITS ORIGINAL AND IT IS A TRUE AND COMPLETE COPY.

SIGNED: [signature] DATE 1/10/00

NAME: [illegible], ESQ.

ADDRESS: 11 EAST BROADWAY, SUITE 7C, NY, NY 10038

ADMITTED TO PRACTICE IN THE STATE OF NEW YORK

A

# 出 生 公 证 书

(99)连证字第18954号

兹证明倪宝华(女)于一九六五年四月四日在福建省连江县出生。倪宝华的父亲是倪运淡，倪宝华的母亲是赵美贞(已死亡)。

中华人民共和国福建省连江县公证处

公 证 员：[signature]

一九九九年十一月二十九日

I CERTIFY THAT I HAVE COMPARED THIS COPY WITH ITS ORIGINAL AND IT IS A TRUE AND COMPLETE COPY.
SIGNED [signature] DATE 1/10/02
NAME: [illegible] LAN CHEN, ESQ.
ADDRESS: 11 EAST BROADWAY, SUITE 7C, NY, NY 10038
ADMITTED TO PRACTICE IN THE STATE OF NEW YORK

# BIRTH   CERTIFICATE

### (Translation)

(99)LZ. Zi. No.18954

This is to certify that Ni Bao Hua (female) was born on April 4, 1965 at Lianjiang County, Fujian Province.    Her father is Ni Yun Dan and her mother is Zhao Mei Zhen (deceased).

Notary: Shi Hong Jian

Lianjiang Notary Public Office

Fujian Province

The People's Republic Of China

November 29, 1999

I CERTIFY THAT I HAVE COMPARED THIS COPY WITH
ITS ORIGINAL AND IT IS A TRUE AND COMPLETE
COPY.
SIGNED _____
N. MEI HOLAN CHUNG, ESQ.
ADDRESS: 11 EAST BROADWAY, SUITE 1C, NY, NY. 10038
DATE 1/16/00
ADMITTED TO PRACTICE IN THE STATE OF NEW YORK

A

# 证　明　书

(99) 连证字第18955号

兹证明前面的译文内容与（99）连证字第18954号公证书中文相符。

中华人民共和国福建省连江县公证处

公 证 员：

一九九九年十一月二十九日

江 [illegible] 公证处

[illegible] I HAVE COMPARED THIS COPY WITH [illegible] ORIGINAL AND IT IS A TRUE AND COMPLETE COPY.
SIGNED　　　DATE 1/10/00
NAME: [illegible]
ADDRESS: 11 EAST BROADWAY, SUITE 7C, NY, NY 10038
ADMITTED TO PRACTICE IN THE STATE OF NEW YORK

I HEREBY CERTIFY THAT I HAVE COMPARED THIS COPY WITH
THE ORIGINAL AND IT IS A TRUE AND COMPLETE
DATE 1/10/00
ADDRESS: 11 EAST BROADWAY, SUITE 7C NY, NY
ADMITTED TO PRACTICE IN THE STATE OF NEW YORK

# CERTIFICATE (Translation)

(99) L.Z. Zi, No.18955

This is to certify that the content of the English version attached hereto is in full conformity with the content of (99) L.Z. Zi, No.18954 notarial certificate that is in Chinese.

Notary: Shi Hong Jian

Lianjiang Notary Public Office

Fujian Province

The People's Republic Of China

November 29, 1999

**Department of Homeland Security**
Bureau of Citizenship and Immigration

**Alien's Change of Address Card**

OMB No. 1615-0007; Exp. 10/31/04

| NAME (Last in CAPS) | (First) | (Middle) |
|---|---|---|
| Huo | Bao | Ni |

I AM IN THE UNITED STATES AS:
☐ Visitor ☐ Permanent Resident ☐ Student ☒ Other (Specify) _Refugee_

| COUNTRY OF CITIZENSHIP | DATE OF BIRTH | COPY NUMBER FROM ALIEN CARD |
|---|---|---|
| NJ | 4/4/1965 | A 77-047-590 |

| PRESENT ADDRESS | (Street or Rural Route) | (City or Post Office) | (State) | (ZIP Code) |
|---|---|---|---|---|
| | 316 E. 194 Ct. | Bronx | NY | 10458 |

(IF ABOVE ADDRESS IS TEMPORARY) I expect to remain there _N/A_ years _____ months

| LAST ADDRESS | (Street or Rural Route) | (City or Post Office) | (State) | (ZIP Code) |
|---|---|---|---|---|
| | 225 East Main Street | Patchogue | NY | 11772 |

I WORK FOR OR ATTEND SCHOOL AT: (Employer's Name or Name of School)
N/A

| PORT OF ENTRY INTO U.S. | | (Street Address or Rural Route) |
|---|---|---|
| Puerto Rico | | |

DATE OF ENTRY INTO U.S. 9/8/1999
IF NOT A PERMANENT RESIDENT, MY STAY IN THE U.S. EXPIRES ON: (Date) Indefinite

SIGNATURE: _Huo Bao Ni_    DATE: 2/16/2006

AR-11 (Rev. 06/17/03)Y

---

**ALIEN'S CHANGE OF ADDRESS CARD**

This card is to be used by all aliens to report change of address within 10 days of such change.

The collection of this information is required by Section 265 of the I&N Act (8 U.S.C. 1305). The data used by the Bureau of Citizenship and Immigration Service for statistical and record purposes and may be furnished to federal, state, local and foreign law enforcement officials. Failure to report is punishable by fine or imprisonment and/or deportation.

This card is not evidence of identity, age, or status claimed.

Public Reporting Burden. Under the Paperwork Reduction Act, an agency may not conduct or sponsor an information collection and a person is not required to respond to an information collection unless it displays a currently valid OMB control number. We try to create forms and instructions that are accurate, can be easily understood, and which impose the least possible burden on you to provide us with information. Often this is difficult because some immigration laws are very complex. This collection of information is estimated to average 5 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including for reducing this burden to: Bureau of Citizenship and Immigration Services, HQRFS, 425 I Street, N.W., Room 4034, Washington, DC 20536; OMB No. 1615-0007. **Do not mail your completed form to this address. MAIL YOUR FORM TO THE ADDRESSES SHOWN BELOW.**

*For commercial overnight or fast freight:*

| U.S. DEPARTMENT OF HOMELAND SECURITY | U.S. DEPARTMENT OF HOMELAND SECURITY |
|---|---|
| Bureau of Citizenship and Immigration Services | Bureau of Citizenship and Immigration Services |
| Change of Address | Change of Address |
| P.O. Box 7134 | 1084-I South Laurel Road |
| London, KY 40742-7134 | London, KY 40744 |

A2

# 公 证 书

中华人民共和国福建省连江县公证处

I CERTIFY THAT I HAVE COMPARED THIS COPY WITH ITS ORIGINAL AND IT IS A TRUE AND COMPLETE COPY.
SIGNED Nolan Cheng DATE 5/5/98
NAME: NOLAN CHENG, ESQ.
ADDRESS: 11 EAST BROADWAY, SUITE 7C, NY, NY 10038
ADMITTED TO PRACTICE IN THE STATE OF NEW YORK

A2

# 结 婚 公 证 书

（97）连证字第6609号

兹证明萧美浩(男，一九六五年九月一日出生)与倪宝华(女，一九六五年四月四日出生)于一九九0年四月二十六日在福建省连江县登记结婚。

中华人民共和国福建省连江县公证处

公证员：

一九九七年八月二十六日

I CERTIFY THAT I HAVE COMPARED THIS COPY WITH ITS ORIGINAL AND IT IS A TRUE AND COMPLETE COPY.

SIGNED ____________ DATE 5/5/98

NAME: NOLAN CHENG, ESQ.

ADDRESS: 11 EAST BROADWAY, SUITE 7C, NY, NY 10038

ADMITTED TO PRACTICE IN THE STATE OF NEW YORK

241

A2

MARRIAGE CERTIFICATE

(Translation)

(97) LZ, ZI, No. 6609

This is to certify that Xiao Mei Hao (male, born on September 1, 1965) and Ni Bao Hua (female, born on April 4, 1965) registered a marriage at Lianjiang County, Fujian Province on April 26, 1990.

Notary: Lin Su Yun

Lianjiang Notary Public Office

Fujian Province

The People's Republic of China

August 26, 1997

I CERTIFY THAT I HAVE COMPARED THIS COPY WITH
ITS ORIGINAL AND IT IS A TRUE AND COMPLETE
COPY.
SIGNED _____ DATE 5/5/98
NAME: NOLAN CHENG, ESQ.
ADDRESS: 11 EAST BROADWAY, SUITE 7C, NY, NY 10038
ADMITTED TO PRACTICE IN THE STATE OF NEW YORK.

735

公　　证　　书

(97) ...公证字第 6600 号

兹证明前面影印本第 (97) ...公证字第

第 6600 号公证书中文本。

中华人民共和国...公证处公证员

证明：



一九九七年八月二十六日

I CERTIFY THAT I HAVE COMPARED THIS COPY WITH
ITS ORIGINAL AND IT IS A TRUE AND COMPLETE
COPY.
SIGNED _____ DATE 5/5/98
NAME: NOLAN CHENG, ESQ.
ADDRESS: 11 EAST BROADWAY SUITE 7C, NY, NY 10038
ADMITTED TO PRACTICE IN THE STATE OF NEW YORK

A2



A2

# CERTIFICATE (TRANSLATION)

(97) LZ. Zi, No. 6610

This is to certify that the content of the English version attached hereto is full conformity with the content of the (97) LZ. Zi, No. 6609 notarial certificate which is in Chinese.

Notary: Lin Su Yun
Lianjiang Notary Public Office
Fujian Province
The People's Republic of China
August 26, 1997

I CERTIFY THAT I HAVE COMPARED THIS COPY WITH ITS ORIGINAL AND IT IS A TRUE AND COMPLETE COPY.
SIGNED [signature] DATE 5/5/98
NAME: NOLAN CHENG, ESQ.
ADDRESS: 11 EAST BROADWAY, SUITE 7C, NY, NY 10038
ADMITTED TO PRACTICE IN THE STATE OF NEW YORK

2

I CERTIFY THAT I HAVE COMPARED
ITS ORIGINAL, AND IT IS A TRUE AND
COPY.
SIGNED
DATE: 1/10/00
MICHAEL NOLAN CHENG, ESQ.
ADDRESS: 11 EAST BROADWAY, SUITE
ADMITTED TO PRACTICE IN THE STATE

中华人民共和国驻纽约总领事馆之证明

公证  证件

A2

A2

# 出 生 公 证 书

(99)连证字第18958号

兹证明萧俊清(男)于一九八六年十月十五日在福建省连江县出生。萧俊清的父亲是萧美浩，萧俊清的母亲是倪宝华。

中华人民共和国福建省连江县公证处

公 证 员：[signature]

一九九九年十一月二十九日

江 公证处

I CERTIFY THAT I HAVE COMPARED THIS COPY WITH ITS ORIGINAL AND IT IS A TRUE AND COMPLETE COPY.
SIGNED [signature] DATE 1/10/07
NAME: NOLAN C[illegible], ESQ
ADDRESS: 11 EAST BROADWAY, SUITE 7C, NY, NY 100[illegible]
ADMITTED TO PRACTICE IN THE STATE OF NEW YORK

# BIRTH CERTIFICATE

## (Translation)

(99) LZ. Zi, No.18958

This is to certify that Xiao Jun Qing (male) was born on October 15, 1986 at Lianjiang County, Fujian Province. His father is Xiao Mei Hao and his mother is Ni Bao Hua.

Notary: Shi Hong Jian

Lianjiang Notary Public Office

Fujian Province

The People's Republic Of China

November 29, 1999

I CERTIFY THAT I HAVE COMPARED THE COPY WITH ITS ORIGINAL AND IT IS A TRUE AND COMPLETE

CHEN
T. CHEN, NOLAN CHEN, ..
DATE  00/01/00

ADDRESS: 11 EAST BROADWAY, SUITE 7C, N.Y, NY 108
ADMITTED TO PRACTICE IN THE STATE OF NEW YORK

A2

A2

# 证 明 书

(99) 连证字第18959号

兹证明前面的译文内容与（99）连证字第18958号公证书中文相符。

中华人民共和国福建省连江县公证处

公 证 员：[signature]

一九九九年十一月二十九日

江 … 公证处

I CERTIFY THAT I HAVE COMPARED THIS COPY WITH ITS ORIGINAL AND IT IS A TRUE AND COMPLETE C…

[signature] DATE 1/10/00

… NOL…

ADDRESS: 11 EAST …WAY SUITE 7C, …

ADMITTED TO PRACTICE IN THE STATE OF …

A2

# CERTIFICATE (Translation)

(99) LZ. Zi, No.18959

This is to certify that the content of the English version attached hereto is full conformity with the content of (99) LZ. Zi, No.18958 notarial certificate that is in Chinese.

Notary: Shi Hong Jian
Lianjiang Notary Public Office
Fujian Province
The People's Republic Of China
November 29, 1999

I [illegible] THAT I HAVE COMPARED THIS COPY WITH ITS ORIGINAL AND IT IS A TRUE AND COMPLETE COPY.
SIGNED [illegible] DATE 1/10/00
NAME: NOLAN [illegible], ESQ.
ADDRESS: 11 EAST BROADWAY, [illegible]
ADMITTED TO PRACTICE IN THE [illegible]

A2

# 公 证 书

中华人民共和国福建省连江县公证处

I CERTIFY THAT I HAVE COMPARED THIS COPY WITH ITS ORIGINAL AND IT IS A TRUE AND COMPLETE COPY.
SIGNED [signature] DATE 6/10/02
NAME: NOLAN CHENG, ESQ.
ADDRESS: 11 EAST BROADWAY, SUITE 7C, NY, NY 10038
ADMITTED TO PRACTICE IN THE STATE OF NEW YORK

A2

# 出 生 公 证 书

(99)连证字第18960号

兹证明萧俊锵(男)于一九八八年六月十八日在福建省连江县出生。萧俊锵的父亲是萧美浩，萧俊锵的母亲是倪宝华。

中华人民共和国福建省连江县公证处

公 证 员：

一九九九年十一月二十九日

COPY.
1/10/00
ADDRESS:
ADMITTED TO PRACTICE IN THE STATE OF NEW YORK

A2

# BIRTH CERTIFICATE

**(Translation)**

(99)LZ. Zi, No.18960

This is to certify that Xiao Jun Qiang (male) was born on June 1988 at Lianjiang County, Fujian Province. His father is Xiao ·i Hao and his mother is Ni Bao Hua.

Notary: Shi Hong Jian
Lianjiang Notary Public Office
Fujian Province
The People's Republic Of China
November 29, 1999

I CERTIFY THAT I HAVE COMPARED THIS COPY WITH ITS ORIGINAL AND IT IS A TRUE AND COMPLETE COPY.
SIGNED: [signature] DATE 1/10/00
NAME: NOLAN CHENG, ESQ.
ADDRESS: 11 EAST BROADWAY, SUITE 7C, NY, NY 10038
ADMITTED TO PRACTICE IN THE STATE OF NEW YORK

A2

# 证 明 书

(99) 连证字第18961号

兹证明前面的译文内容与（99）连证字第18960号公证书中文相符。

中华人民共和国福建省连江县公证处

公 证 员：

一九九九年十一月二十九日

I CERTIFY THAT [illegible] WITH ITS ORIGINAL AND [illegible] COPY.
SIGNED [illegible] DATE 1/10/00
NAME: [illegible]
ADDRESS: 11 EAST [illegible]
ADMITTED TO PRACTICE IN THE STATE OF NEW YORK

A2

# CERTIFICATE (Translation)

(99) LZ. Zi, No.18961

This is to certify that the content of the English version attached hereto is full conformity with the content of (99) LZ. Zi, No.18960 notarial certificate that is in Chinese.

Notary: Shi Hong Jian
Lianjiang Notary Public Office
Fujian Province
The People's Republic Of China
November 29, 1999

I CERTIFY THAT I HAVE COMPARED THIS COPY WITH THE ORIGINAL AND FIND A TRUE AND COMPLETE COPY.
SIGNED [signature] DATE 1/10/00
NAME
ADDRESS: 11 EAST BROADWAY, SUITE [illegible], NY 10038
ADMITTED TO PRACTICE IN THE STATE OF NEW YORK

Form I-589 (Rev. 05-01-98) N

U.S. Department of Justice
Immigration and Naturalization Service

Application for Asylum and for Withholding of Removal

**Start Here - Please Type or Print. USE BLACK INK. SEE THE SEPARATE INSTRUCTION PAMPHLET FOR INFORMATION ABOUT ELIGIBILITY AND HOW TO COMPLETE AND FILE THIS APPLICATION.**

## PART A. INFORMATION ABOUT YOU.

| 1. Alien Registration Number(s), if any (A#'s) | 2. Social Security Number |
|---|---|
| 77 047 590 | |

| 3. Complete Last Name | 4. First Name | 5. Middle Name |
|---|---|---|
| NI | Bao Hua | none |

**6. What Other Names Have You Used?** (Include maiden name and aliases.)

NI, Pau Hua

**7. Residence in the U.S.**

| C/O | Telephone Number |
|---|---|
| | 212-533-9583 |

| Street Number and Name | Apt. No. |
|---|---|
| 247 Broome ST. | #13 |

| City | State | ZIP Code |
|---|---|---|
| New York | NY | 10002 |

**8. Mailing Address in the U.S. if Other than Above**

| C/O | Telephone Number |
|---|---|
| | |

| Street Number and Name | Apt. No. |
|---|---|
| | |

| City | State | ZIP Code |
|---|---|---|

| 9. Sex  ☐ Male  ☒ Female | 10. Marital Status: ☐ Single  XX Married  ☐ Divorced  ☐ Widowed |
|---|---|

| 11. Date of Birth (Mo/Day/Yr) | 12. City and Country of Birth |
|---|---|
| 4/4/65 | Fuzhou, China |

| 13. Present Nationality (Citizenship) | 14. Nationality at Birth | 15. Race, Ethnic or Tribal Group | 16. Religion |
|---|---|---|---|
| Chinese | Chinese | Han | Buddhism |

**17. Check each box that applies:**

☒ I am now in removal, deportation or exclusion proceedings.
☐ I am not now in removal, deportation or exclusion proceedings.
☐ I was previously in removal, deportation or exclusion proceedings.
☐ I have never been in removal, deportation or exclusion proceedings.

**18.** Complete 18a through 18g.

| a. When did you last leave your country? (Mo/Day/Yr) 2/99 | b. What was your status when you last entered the U.S.? (What type of visa did you have, if any?) Parolee |
|---|---|

| c. When did you last enter the U.S.? (Mo/Day/Yr) 6/9/99 | e. What is your I-94 Number? 098331687O1 |
|---|---|

| d. Where did you last enter the U.S.? Puerto Rico | f. What is the expiration date of your authorized stay, if any? 10/7/2000 |
|---|---|

**g. Have you previously entered the U.S.?** ☒ No  ☐ Yes. If YES, list place, date, and your status for each entry. (Attach additional sheets as needed.)

| Date | Place | Status |
|---|---|---|
| | | |
| | | |
| | | |

**To Be Completed by Attorney or Representative, if any**

☒ Check if G-28/EOIR-28 is attached showing you represent the applicant.

INS VOLAG or PIN #

ATTY State License #

**For EOIR Use Only**

Total number of persons granted asylum.

Date A.O. final decision or referral issued

Recommended Approval Date

Asylum:
☐ Granted
☐ Denied
☐ Referred

☐ Recommended Approval Date

Action:
Interview Date:

**FOR INS USE ONLY**

Returned

Receipt

Resubmitted

Reloc Sent

Reloc Rec'd

**Information About You – Continued.**

| | |
|---|---|
| 19. What is your native language? Fuzhou Dialect | 20. Are you fluent in English? ☐ Yes ☒ No | 21. What other languages do you speak fluently? none |

22. Have you ever applied to the United States Government or to any other Government(s) for refugee status, asylum, withholding of deportation, or withholding of removal?

☒ No

☐ Yes. (In what country and what was the decision? Also specify the date of the decision.) Country _____ Date _____

Decision _____

☐ I was included in my spouse's application, but now I wish to file my own application.

☐ I was included in a pending application of my parent(s). However, I am now 21 years old or married so I am filing my own application.

| 23. What country issued your last passport or travel document? Japanese Passport | 24. Passport # Do not remember    Travel Document # Do not remember | 25. Expiration Date Do not remember |
|---|---|---|

26. Prior address in last country of residence or country in which you fear persecution. (List Address, City/Town, Province, State, Department, and County)

No.19 Qian Zhou Rd., Yang Qi Village, Guan Tou Town, Fuzhou Xia, Fujian, China

27. Provide the following information about your education, beginning with the most recent.

| Name of School | Type of School | Location | Attended From (Mo/Yr) | To (Mo/Yr) |
|---|---|---|---|---|
| Gong Yu Elementary School | Elementary School | Guan Tou Town, Fuzhou Xia, Fujian, China | 1974 | 1979 |
| | | | | |
| | | | | |

28. Provide the following information about your residences during the last five years. List your present address first. *(Use additional sheets of paper if necessary.)*

| Number and Street | City | Province or State | Country | From (Mo/Yr) | To (Mo/Yr) |
|---|---|---|---|---|---|
| 247 Broome ST. | New York | NY | USA | 10/99 | Present |
| No.19 Qian Zhou Rd., Yang Qi Village, Guan Tou Town, Fuzhou Xia | | Fujian | China | 1985 | 2/99 |
| | | | | | |

29. Provide the following information about your employment during the last five years. List your present employment first. *(Use additional sheets of paper if necessary.)*

| Name and Address of Employer | Your Occupation | From (Mo/Yr) | To (Mo/Yr) |
|---|---|---|---|
| Unemployed | | 10/99 | Present |
| Unemployed | | 1985 | 2/99 |
| | | | |

30. Provide the following information about your parents.

| Name | Country and City of Birth | Location |
|---|---|---|
| LI, Yun Dan | Fuzhou, China | China |
| ZHAO, Mei Zhen | Fuzhou, China | Deceased |

OMB No. 1115-0086

# PART B. INFORMATION ABOUT YOUR SPOUSE AND CHILDREN.

**Your Spouse.**  □ I am not married. (Skip to Part B, Your Children.)

| 1. Alien Registration Number (A #) | 2. Passport/ID Card, etc.# |
| --- | --- |
| 70 901 518 | 350128506010143 |

| 4. First Name | 5. Middle Name | 6. Date of Birth (Mo/Day/Yr) |
| --- | --- | --- |
| Mei Hao | | 9/1/65 |

Complete Last Name: XIAO

| 7. Date of Marriage (Mo/Day/Yr) | 8. Place of Marriage | 9. City and Country of Birth |
| --- | --- | --- |
| Traditional-12/8/85 Registered-1/26/90 | Guan Tou Town, China | Fuzhou, China |

| 10. Nationality (Citizenship) | 11. Race, Ethnic or Tribal Group | 12. Sex |
| --- | --- | --- |
| Chinese | Han | ☒ Male □ Female |

14. Social Security # : 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

Is this person in the U.S.? ☒ Yes  □ No  (Complete blocks 13 to 24.)

| 15. Place of Last Entry in the U.S.? | 16. Date of Last Entry in the U.S.? (Mo/Day/Yr) | 17. I-94 # | 18. Status when Last Admitted (Visa type, if any) |
| --- | --- | --- | --- |
| San Diego, CA | 7/20/90 | N/A | EWI |

| 19. Expiration of Status (Mo/Day/Yr) | 20. Is your spouse in removal, deportation or exclusion proceedings?  ☒ Yes □ No | 21. If previously in the U.S., Date of Previous Arrival (Mo/Day/Yr) |
| --- | --- | --- |
| N/A | | N/A |

| Place of Previous Arrival | 23. Status at Time of Previous Arrival |
| --- | --- |
| N/A | N/A |

If in the U.S., is this person to be included in this application? (Check the appropriate box.)

□ Yes. (Attach one (1) photograph of your spouse in the upper right hand corner of Page 3 on the extra copy of the application submitted for this person.)
☒ No, because my spouse is/has:
  □ Filing separately.
  ☒ Separate application pending.
  □ Other reasons.

**All of Your Children, Regardless of Age or Marital Status.**

*Use Supplement A Form or attach additional pages and documentation if you have more than two (2) children.*

| 1. Alien Registration Number (A #) | 2. Passport/ID Card, etc.# |
| --- | --- |
| none | none |

| 4. First Name | 5. Middle Name | 6. Date of Birth (Mo/Day/Yr) |
| --- | --- | --- |
| Jun Qing | | 10/15/86 |

Complete Last Name: XIAO

| 8. Nationality (Citizenship) | 9. Race, Ethnic or Tribal Group | 10. Sex |
| --- | --- | --- |
| Chinese | Han | ☒ Male □ Female |

City and Country of Birth: Fuzhou, China

12. Social Security # :

Is this child in the U.S.? □ Yes  ☒ No  (Complete blocks 13 to 22.)

| 14. Date of Last Entry in the U.S.? (Mo/Day/Yr) | 15. Place of Last Entry in the U.S.? | I-94 # | 16. Status when Last Admitted (Visa type, if any) |
| --- | --- | --- | --- |

| 17. Expiration of Status (Mo/Day/Yr) | 18. Is this child in removal, deportation or exclusion proceedings?  □ Yes □ No | 19. If previously in the U.S., Date of Previous Arrival (Mo/Day/Yr) |
| --- | --- | --- |

| 20. Place of Previous Arrival | 21. Status at Time of Previous Arrival |
| --- | --- |

If in the U.S., is this person to be included in this application? (Check the appropriate box.)

□ Yes. (Attach one (1) photograph of your child in the upper right hand corner of Page 3 on the extra copy of the application submitted for this person.)
□ No, because child is/has:
  □ Filing separately.
  □ Separate application pending.
  □ Over 21 years of age.
  □ Married.
  □ Other reasons.

OMB No. 1115-0086

**Information About Your Spouse and Children - Continued** *(Use Supplement A Form or attach additional sheets of paper to list additional children.)*

**All of Your Children, Regardless of Age or Marital Status.**

| 1. Alien Registration Number (A #): | | 2. Passport/ID Card, etc. # none |
|---|---|---|
| 3. Complete Last Name XIAO | 4. First Name Jun Qiang | 5. Middle Name |
| 6. Date of Birth (Mo/Day/Yr) 6/18/88 | | |
| 7. City and Country of Birth Fuzhou, China | 8. Nationality (Citizenship) Chinese | 9. Race, Ethnic or Tribal Group Han | 10. Sex ☒ Male ☐ Female |

11. Is this person in the U.S.? ☐ Yes, *(Complete blocks 11 to 22)*  ☒ No, *(Specify Location)* China

| 12. Social Security # | | |
|---|---|---|
| 13. Place of Last Entry in the U.S.? | 14. Date of Last Entry in the U.S.? *(Mo/Day/Yr)* | 15. I-94 # | 16. Status when Last Admitted *(Visa type, if any)* |
| 17. Expiration of Status *(Mo/Day/Yr)* | 18. Is this child in removal, deportation or exclusion proceedings? ☐ Yes ☐ No | 19. If previously in the U.S., Date of Previous Arrival *(Mo/Day/Yr)* |
| 20. Place of Previous Arrival | 21. Status at Time of Previous Arrival |

22. If in the U.S., is this person to be included in this application? *(Check the appropriate box.)*
☐ Yes. *(Attach one (1) photograph of your child in the upper right hand corner of Page 3 on the extra copy of the application submitted for this person.)*
☐ No, because child is/has:
☐ Filing separately.
☐ Separate application pending.
☐ Over 21 years of age.
☐ Married.
☐ Other reasons.

**PART C. INFORMATION ABOUT YOUR CLAIM TO ASYLUM.**
*(Use Supplement B Form or attach additional sheets of paper as needed to complete your responses to the questions contained in Part C.)*

Why are you seeking asylum? Explain in detail what the basis is for your claim. *(Attach additional sheets of paper as needed.)*

See attachment

OMB No. 1115-0086

# B

## Information About Your Claim to Asylum - Continued.

Have you or any member of your family ever belonged to or been associated with any organizations or groups in your home country, such as, but not limited to, a political party, student group, labor union, religious organization, military or paramilitary group, civil patrol, guerrilla organization, ethnic group, human rights group, or the press or media?

☒ No. ☐ Yes. If yes, provide a detailed explanation of your or your relatives' involvement with each group and include the name of each organization or group: the dates of membership or affiliation; the purpose of the organization; your duties or your relatives' duties or responsibilities in the group or organization; and whether you or your relatives are still active in the group(s). *(Attach additional sheets of paper as needed.)*

Have you or any member of your family ever been mistreated or threatened by the authorities of your home country or any other country or by a group or groups that are controlled by the government, or that the government of the country is unable or unwilling to control?

☐ No. ☒ Yes. If yes, was it because of any of the following reasons? *(Check each of the following boxes that apply.)*

☐ Race   ☐ Religion   ☐ Nationality   ☐ Membership in a particular social group   ☒ Political Opinion

On a separate sheet of paper, specify for each instance, what occurred and the circumstances; the relationship to you of the person involved; the date; the exact location; who it was who took such action against you or your family member(s); his/her position in the government or group. Attach documents referring to these incidents, if they are available. *(Attach additional sheets of paper as needed.)*

See attachment

Have you or any member of your family ever been accused, charged, arrested, detained, interrogated, convicted and sentenced, or imprisoned in your country or any other country, including the United States?

☒ No. ☐ Yes. If yes, for each instance, specify what occurred and the circumstances; dates; location; the duration of the detention or imprisonment; the reason(s) for the detention or conviction; the treatment received during the detention or imprisonment; any formal charges that were lodged against you or your relatives; the reason for release; treatment after release. Attach documents referring to these incidents if they are available. *(Attach additional sheets of paper as needed.)*

OMB No. 1115-0086

**Information About Your Claim to Asylum - Continued.**

5. Do you fear being subjected to torture (severe physical or mental pain or suffering, including rape or other sexual abuse) in your home country or any other country if you return?

☐ No.    ☒ Yes. If YES, explain why.    *(Attach additional sheets of paper as needed.)*

See attachment

4. What do you think would happen to you if you returned to the country from which you claim you would be subjected to persecution? Explain in detail and provide information or documentation to support your statement, if available.    *(Attach additional sheets of paper as needed.)*

See attachment

3. Describe in detail your trip to the United States from your home country. After leaving the country from which you are claiming asylum, did you or your spouse or child(ren), who are now in the United States, travel through or reside in any other country before entering the United States?

☐ No.    ☒ Yes.    If YES, for each person, identify each country and indicate the length of stay; the person's status while there; the reasons for leaving; whether the person is entitled to return for residence purposes; and if the person applied for refugee status or for asylum while there; or why he or she did or did not do so. *(Attach additional sheets of paper as needed.)*

See Attachment

B3

NI, Bao Hua a/k/a NI, PAU Hua A77 047 590
Attachment to I-589, CI. 3, 4,5 and 6.

I, NI, Bao Hua, a citizen of the People's Republic of China ("PRC") was born on April 4, 1965 in Fujian, PRC. I fled China because I was persecuted by the family planning policy and came to the United States on September 8, 1999.

My husband, XIAO, Mei Hao, and I were married according to a Chinese tradition in December of 1985 and registered for our marriage April 26, 1990. Our first child, XIAO, Jun Qing, was born on October 15, 1986. At that time, the Family Planning Policy in China requires a woman to wait for four years before having her second children. After a woman gave birth to two children, she has to be sterilized. The family planning officials required that I must have IUD implanted in me in end of October of 1986. I refused. In January of 1987, about five or six officials came to drag me to a hospital to have an IUD implanted in me.

My husband and I were fond of children. In March of 1987, my husband and I hired a private doctor to remove the IUD that was implanted in me. In September of 1987, I discovered that I was pregnant again and my husband and I were so happy. I was four month pregnant, I hid in my aunt's house in Fuzhou City. On June 18, 1988, our second child was born in my aunt's house. I returned home in July of 1988 because it was inconvenient to stay in relative's home for a long time. About two cadres and six family planning officers surrounded my home and dragged me to a hospital have force sterilization on October 7, 1988. The officials also destroyed our cabinets and tables in our house. We also had to pay the fine of 200 RMB.

I felt that the life is meaningless because my husband and I did not have freedom to have more children. We had attempted to find a way to escape China to seek a new life. My husband escaped from china and arrives in the United State in January of 1990. I wanted to leave China for a long time. However, I did not have adequate funds and opportunity to leave China. I finally found a way, escaped China and arrived in the United States on September 8, 1999. My husband and I want to go to the United States because the United States is a country, which has freedom, democracy and human rights.

*Bao Hua Ni*

Bao Hua NI

NI, Pau Hua a/k/a NI, Bao Hua A#77047 590
Attachment to Form I-589, Part C7.

In transit from China to U.S.A., I stayed in Vietnam for about ten days, then in many unknown countries in South East Asia for about half year. Then I stayed in Italy for 3 days and finally arrived in U.S.A. on September 8, 1999. I have no immigrant status in Vietnam and Italy and I did not apply for asylum in those countries because my destination was the U.S.A. I want to apply for asylum in the U.S.A. because I believe that United States is the country of freedom, democracy and protects human rights.

*Bao Hua NI*

Bao Hua NI

OMB No. 1115-0086

**PART D. ADDITIONAL INFORMATION ABOUT YOUR APPLICATION FOR ASYLUM.**

*(Use Supplement B Form or attach additional sheets of paper as needed to complete your responses to the questions contained in Part D.)*

1.  Do you, your spouse, or your child(ren) now hold, or have you ever held, permanent residence, other permanent status, or citizenship, in any country other than the one from which you are now claiming asylum?

    ☒ No.    ☐ Yes.   If YES, explain. *(Attach additional sheets of paper as needed.)*

2.  Have you, your spouse, your child(ren), your parents ever filed for, been processed for, or been granted or denied refugee status or asylum by the United States Government?

    ☒ No.    ☐ Yes.   If YES, explain the decision and what happened to any status you received as a result of that decision. If you have been denied asylum by an Immigration Judge or the Board of Immigration Appeals, please describe any change in country conditions or your own circumstances since the date of the denial that may affect your eligibility for asylum. *(Attach additional sheets of paper as needed.)*

3.  Have you, your spouse, your child(ren), or your parents ever filed for, been processed for, or been granted or denied refugee status or asylum by any other country?

    ☒ No.    ☐ Yes.   If YES, explain the decision and what happened to any status you received as a result of that decision. *(Attach additional sheets of paper as needed.)*

4.  Have you, your spouse, or child(ren) ever caused harm or suffering to any person because of his or her race, religion, nationality, membership in a particular social group or belief in a particular political opinion, or ever ordered, assisted, or otherwise participated in such acts?

    ☒ No.    ☐ Yes.   If YES, describe, in detail, each such incident and your own or your spouse's or child(ren)'s involvement. *(Attach additional sheets of paper as needed.)*

5.  After you left your country of claimed persecution for the reasons you have described, did you return to that country?

    ☒ No.    ☐ Yes.   If YES, describe, in detail, the circumstances of your visit, for example, the date(s) of the trip(s), the purpose(s) of the trip(s), and the length of time you remained in that country for the visit(s). *(Attach additional sheets of paper as needed.)*

6.  Are you filing the application more than one year after your last arrival in the United States?

    ☒ No.    ☐ Yes.   If YES, explain why you did not file within the first year after you arrived. You should be prepared to explain at your interview or hearing why you did not file your asylum application within the first year after you arrived. For guidance in answering this question see Part 1: Filing Instructions, Section V. "Completing the Form," Part D. *(Attach additional sheets of paper as needed.)*

OMB No. 1115-9800



## PART E. SIGNATURE.

*After reading the information on penalties in the instructions, complete and sign below. If someone helped you prepar[e]... must complete Part F.*

I certify, under penalty of perjury under the laws of the United States of America, that this application and the evidence submitted with it is all true and correct. Title 18, United States Code, Section 1546, provides in part: "Whoever knowingly makes under oath, or as permitted under penalty of perjury under Section 1746 of Title 28, United States Code, knowingly subscribes as true, any false statement with respect to a material fact in any application, affidavit, or other document required by the immigration laws or regulations prescribed thereunder, or knowingly presents any such application, affidavit, or other document containing any such false statement or which fails to contain any reasonable basis in law or fact -- shall be fined in accordance with this title or imprisoned not more than five years, or both". I authorize the release of any information from my record which the Immigration and Naturalization Service needs to determine eligibility for the benefit I am seeking.

**WARNING:** Applicants who are in the United States illegally are subject to removal if their asylum or withholding... an asylum officer or an Immigration Judge. Any information provided in completing this application may be used as a basis for the institution of, or as evidence in, removal proceedings even if the application is later withdrawn. Applicants determined to have knowingly made a frivolous application for asylum will be permanently ineligible for any benefits under the Immigration and Nationality Act. See INA 208(d)(6) and 8 CFR 208.18.

Signature of Applicant (*The person named in Part A*)   Sign your name so it all appears within the brackets.   Date (Mo/Day/Yr)

[  NI BAO HUA  ]                                                                     11/29/99

Write your name in your native alphabet   倪  寶  花   Print Name: NI, Bao Hua

Did your spouse, parent or child(ren) assist you in completing this application? [X] No  [ ] Yes (*If YES, list their name(s) and relationship.*)

(Name)   (Relationship)   (Name)   (Relationship)

Did someone other than you or your spouse, parent or child(ren) prepare this application? [ ] No  [X] Yes (*Complete Part F*)

Asylum applicants may be represented by counsel. Have you been provided with a list of persons who may be available to assist you, at little or no cost, with your asylum claim? [X] No  [ ] Yes

## PART F. SIGNATURE OF PERSON PREPARING FORM IF OTHER THAN ABOVE. *Sign below.*

I declare that I have prepared this application at the request of the person named in Part E, that the responses provided are based on all information of which I have knowledge, or which was provided to me by the applicant and that the completed application was read to the applicant in his or her native language for verification before he or she signed the application in my presence. I am aware that the knowing placement of false information on the Form I-589 may also subject me to civil penalties under 8 U.S.C. Section 1324(c).

Signature of Preparer   Print Name: Nolan Cheng   Date (Mo/Day/Yr) 11/29/99

Daytime Telephone Number (212) 385-2122   Address of Preparer: Street Number and Name 11 E. Broadway

Apr. No. STE 7C   City New York   State NY   ZIP Code 10038

## PART G. TO BE COMPLETED AT INTERVIEW.

*You will be asked to complete this Part when you appear before an asylum officer of the Immigration and Naturalization Service (INS), or an Immigration Judge of the Executive Office for Immigration Review (EOIR) for examination.*

I swear (affirm) that I know the contents of this application that I am signing, including the attached documents and supplements, that they are [ ] all true or [ ] not all true to the best of my knowledge and that corrections numbered _____ to _____ were made by me or at my request.

Signed and sworn to before me by the above-named applicant on:

Signature of Applicant                          Write your Name in your Native Alphabet

Signature of Asylum Officer or Immigration Judge                          Date (Mo/Day/Yr)