IMMIGRATION COURT
26 FEDERAL PLZ 10TH FL RM 1000
NEW YORK, NY 10278

In the Matter of

Case No.: A77-047-590

NI, PAU HUA
Respondent

IN REMOVAL PROCEEDINGS

ORDER OF THE IMMIGRATION JUDGE

This is a summary of the oral decision entered on Jun 21, 2000. This memorandum is solely for the convenience of the parties. If the proceedings should be appealed or reopened, the oral decision will become the official opinion in the case.

[ ] The respondent was ordered removed from the United States to or in the alternative to
[ ] Respondent's application for voluntary departure was denied and respondent was ordered removed to alternative to
[ ] Respondent's application for voluntary departure was granted until upon posting a bond in the amount of $ ______ with an alternate order of removal to
[✓] Respondent's application for asylum was (✓)granted ( )~~denied~~ ( )~~withdrawn.~~ Conditionally based on availability visa
[✓] Respondent's application for withholding of removal was (✓)granted ( )~~denied~~ ( )~~withdrawn~~
[ ] Respondent's application for cancellation of removal under section 240A(a) was ( )granted ( )denied ( )withdrawn.
[ ] Respondent's application for cancellation of removal was ( ) granted under section 240A(b)(1) ( ) granted under section 240A(b)(2) ( ) denied ( ) withdrawn. If granted, it was ordered that the respondent be issued all appropriate documents necessary to give effect to this order.
[ ] Respondent's application for a waiver under section ______ of the INA was ( )granted ( )denied ( )withdrawn or ( )other
[ ] Respondent's application for adjustment of status under section ______ of the INA was ( )granted ( )denied ( )withdrawn. If granted, it was ordered that respondent be issued all appropriate documents necessary to give effect to this order.
[ ] Respondent's status was rescinded under section 246.
[ ] Respondent is admitted to the United States as a ______ until ______
[ ] As a condition of admission, respondent is to post a $ ______ bond.
[ ] Respondent knowingly filed a frivolous asylum application after proper notice.
[ ] Respondent was advised of the limitation on discretionary relief for failure to appear as ordered in the Immigration Judge's oral decision.
[ ] Proceedings were terminated.
[ ] Other: ______

Date: Jun 21 2000

Appeal: Waived/Reserved Appeal Due By:

Final Order

ROXANNE C. HLADYLOWYCZ
Immigration Judge

JMA

ALIEN NUMBER: 77-047-599 ALIEN NAME: NI, PAU HUA

CERTIFICATE OF SERVICE

THIS DOCUMENT WAS SERVED BY: MAIL (M) PERSONAL SERVICE (P)
TO: [X] ALIEN [ ] ALIEN c/o Custodial Officer [ ] ALIEN's ATT/REP [X] INS
DATE: 6/21/2005 BY: COURT STAFF RCH
Attachments: [ ] EOIR-33 [ ] EOIR-28 [ ] Legal Services List [ ] Other

96

In the Matter of

XIAO, MEI LAN

Respondent

IMMIGRATION COURT
26 FEDERAL PLZ 18TH FL RM 1000
NEW YORK, NY 10278

Case No.: A77-047-589

IN REMOVAL PROCEEDINGS

ORDER OF THE IMMIGRATION JUDGE

This is a summary of the oral decision entered on May 28, 2000.
This memorandum is solely for the convenience of the parties. If the
proceedings should be appealed or reopened, the oral decision will become
the official opinion in the case.

[ ] The respondent was ordered removed from the United States to
_____ or in the alternative to _____

[ ] Respondent's application for voluntary departure was denied and
respondent was ordered removed to _____ or in the
alternative to _____

[ ] Respondent's application for voluntary departure was granted until
_____ upon posting a bond in the amount of $ _____
with an alternate order of removal to _____

Respondent's application for asylum was (X) granted ( ) denied
( ) withdrawn.
Respondent's application for withholding of removal was (X) granted
( ) denied ( ) withdrawn.

[ ] Respondent's application for cancellation of removal under section
240A(a) was ( ) granted ( ) denied ( ) withdrawn.

[ ] Respondent's application for cancellation of removal was ( ) granted
under section 240A(b)(1) ( ) granted under section 240A(b)(2)
( ) denied ( ) withdrawn. If granted, it was ordered that the
respondent be issued all appropriate documents necessary to give
effect to this order.

[ ] Respondent's application for a waiver under section _____ of the INA was
( ) granted ( ) denied ( ) withdrawn ( ) other.

[ ] Respondent's application for adjustment of status under section
_____ of the INA was ( ) granted ( ) denied ( ) withdrawn. If granted, it
was ordered that respondent be issued all appropriate documents necessary
to give effect to this order.

[ ] Respondent's status was rescinded under section 246.

[ ] Respondent is admitted to the United States as a _____ until
_____

[ ] As a condition of admission, respondent is to post a $ _____ bond.

[ ] Respondent knowingly filed a frivolous asylum application after proper
notice.

[ ] Respondent was advised of the limitation on discretionary relief for
failure to appear as ordered in the Immigration Judge's oral decision.
Proceedings were terminated.

[ ] Other: _____

Date:  MAY 13 2003

[signature]
TOMMY DANIELS
Immigration Judge
GEORGE T CHEW

Appeal: Waived/Reserved   Appeal Due By: _____

96

ALIEN NUMBER: 77-047-589

ALIEN NAME: XIAO, MEI LAN

CERTIFICATE OF SERVICE

THIS DOCUMENT WAS SERVED BY: MAIL (M)    PERSONAL SERVICE (P)
TO: [ ] ALIEN [ ] ALIEN c/o Custodial Officer [ ] ALIEN'S ATT/REP [ ] INS
DATE:                         BY: COURT STAFF
Attachments: [ ] EOIR-33 [ ] EOIR-28 [ ] Legal Services List [ ] Other

E

# LAW OFFICES OF NOLAN CHENG
## 11 EAST BROADWAY, SUITE 7C
## NEW YORK, NEW YORK 10038

Nolan Cheng, Esq., NY & NJ Bars                         TEL. NO. (212) 385-2122
Craig T. Donovan, Esq., NY, NJ & DC Bars              FAX NO. (212) 385-2022

Regular Mail:

March 16, 2003

Mr. Mark Pasierb
Office of Chief Immigration Judge
5107 Leesburg Pike
Suite 2500
Falls Church, VA 22041

Attn: Mr. Mark Pasierb

Re:     Request for Asylum Approval Letter
        NI, Bao Hua  aka  NI, Pan Hua  (A77-047-590)
        Our File No.: 1085

Dear Mr. Pasierb:

Please be advised that Ms. XIAO, Mei Lan's enclosed asylum grant was on June 13, 2000, and enclosed please find a copy of an asylum approval letter for Ms. XIAO, Mei Lan dated 2/6/2003. However, Ms. NI, Bao Hua still has not received her Asylum approval with condition removed letter even though Ms. NI, Bao Hua was granted asylum on June 21, 2000. Enclosed please find a copy of Ms. NI, Bao Hua's order of Immigration Judge.

Please process as soon as possible and send the Asylum Approval with condition removed letter and Form I-94 to the applicant and undersigned accordingly. In addition, Ms. NI's fingerprints were taken. HErcurrent address is 247 Broome Street, #13, New York, NY 10002. Thank you for your cooperation.

Thank you for your attention.

Very truly yours,

Nolan Cheng

CC: BCIS
District Counsel Unit
26 Federal Plaza, 11/Fl
New York, NY 10278

My doc/imm/asylum/request for asylum approval/CV1024 NI, Pan Hua

E

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Respondent's letter dated March 16, 2003 was served on Immigration and Naturalization Service, Dist. Counsel Unit, 26 Federal Plaza, New York, NY 10278 on March 17, 2003 by hand delivery.

IMMIGRATION COURT
26 FEDERAL PLZ 16TH FL RM 1600
NEW YORK, NY 10278

In the Matter of

XIAO, MEI LAN                                    Case No.: A77-047-589
Respondent
                        IN REMOVAL PROCEEDINGS

                    ORDER OF THE IMMIGRATION JUDGE

This is a summary of the oral decision entered on May 25, 2000.
This memorandum is solely for the convenience of the parties. If the
proceedings should be appealed or reopened, the oral decision will become
the official opinion in the case.

[ ] The respondent was ordered removed from the United States to
    or in the alternative to

[ ] Respondent's application for voluntary departure was denied and
    respondent was ordered removed to                    and

    alternative to

[ ] Respondent's application for voluntary departure was granted until
    upon posting a bond in the amount of $          with an alternate order of removal to

    Respondent's application for asylum was ( ) granted ( ✗ ) denied ( )
    withdrawn.

    Respondent's application for withholding of removal was ( ✗ ) granted
    ( ) denied ( ) withdrawn.

[ ] Respondent's application for cancellation of removal under section
    240A(a) was ( ) granted ( ) denied ( ) withdrawn.

[ ] Respondent's application for cancellation of removal was ( ) granted
    under section 240A(b)(1)  ( ) granted under section 240A(b)(2)
    ( ) denied ( ) withdrawn.  If granted, it was ordered that the
    respondent be issued all appropriate documents necessary to give
    effect to this order.

[ ] Respondent's application for a waiver under section           of the INA was
    ( ) granted ( ) denied ( ) withdrawn other.

[ ] Respondent's application for adjustment of status under section
    of the INA was ( ) granted ( ) denied ( ) withdrawn.  If granted, it
    was ordered that respondent be issued all appropriate documents necessary
    to give effect to this order.

[ ] Respondent's status was rescinded under section 246.

[ ] Respondent is admitted to the United States as a              until

[ ] As a condition of admission, respondent is to post a $          bond.

[ ] Respondent knowingly filed a frivolous asylum application after proper
    notice.

[ ] Respondent was advised of the limitation on discretionary relief for
    failure to appear as ordered in the Immigration Judge's oral decision.

[ ] Proceedings were terminated.

[ ] Other:

Date:  2000 June 13, 2000               _____
Appeal: Waived/Reserved  Appeal Due By:   GEORGE T. CHEW
                                          Immigration Judge

E

ALIEN NUMBER: 77-047-587

ALIEN NAME: XIAO, MEI LAN

JUN 12 2006

CERTIFICATE OF SERVICE

THIS DOCUMENT WAS SERVED BY: MAIL (M) PERSONAL SERVICE (P)

TO: [ ] ALIEN [ ] ALIEN c/o Custodial Officer [ ] ALIEN's ATT/REP [ ] INS

DATE: ______________ BY: COURT STAFF ______________

Attachments: [ ] EOIR-33 [ ] EOIR-28 [ ] Legal Services List [ ] Other

Q6

U.S. Department of Justice

Executive Office for Immigration Review

*5101 Leesburg Pike, Suite 2400*
*Falls Church, VA 22041*

Date of This Notice: February 6, 2003

CHENG, NOLAN, ESQ.
11 EAST BROADWAY, SUITE 7C
NEW YORK NY  10038

In re:  MEI LAN XIAO

File:  A77 047 589

On June 13, 2000, the Executive Office for Immigration Review found that you were eligible for asylum based on resistance to coercive population control methods. The Executive Office for Immigration Review ordered that you be granted asylum on a conditional basis. The order was conditional because, under section 207(a)(5) of the Immigration and Nationality Act, not more than 1,000 persons can be granted asylum or admitted as refugees pursuant to a persecution claim based on resistance to coercive population control methods in a fiscal year.

The Immigration and Naturalization Service has informed the Executive Office for Immigration Review that you have been allocated a number within the 1,000 cap. Accordingly, the condition on the Executive Office for Immigration Review grant of asylum in your case has been removed and you have been granted asylum as of December 30, 2002.

You are eligible to apply for employment authorization with the Immigration and Naturalization Service based on the approval of your asylum application. In addition, you may apply for permanent residence status with the Immigration and Naturalization Service one year after the date of your final grant of asylum, as noted above. Any dependents listed below may be eligible for the same benefits.

If you have any questions regarding your case, please direct your inquiry to the appropriate office below:

The Office of the Chief Immigration Judge
5107 Leesburg Pike, Suite 2500
Falls Church, VA 22041
(703) 305-1247

The Board of Immigration Appeals
The Clerk's Office
Post Office Box 8530
5201 Leesburg Pike, Suite 1300
Falls Church, VA 22041
(703) 605-1007

cc:  District Counsel

# ASC/COLO Standard Operating Procedures

## DBI TENPRINTER Applicant Information Worksheet (AIW)

When you have completed this worksheet, turn it in to the receptionist. Have this worksheet, your appointment notification letter and picture identification available.

NAME: _____ Ngo Huq _____
       Last            First   Middle   Suffix

DATE OF BIRTH: 4 / 4 / 55     PHONE #: _____
               Year Month Day

PLACE OF BIRTH: China     SEX: (Male or Female) Female

RACE: Check the most appropriate code below:

_____ American Indian or Alaskan Native    _____ Black    _____ White (Hispanic also check)

_✓_ Asian or Pacific Island    _____ Unknown

HEIGHT: 5 Feet 5 Inches     WEIGHT: 100 Pounds

EYE COLOR: Check the most appropriate code below:

_✓_ Brown    _____ Green    _____ Gray    _____ Pink    _____ Hazel    _____ Blue    _____ Maroon    Black

HAIR COLOR: Check the most appropriate code below:

Black    Bald    White    Sandy    Red    Gray    Blonde    _✓_ Brown

COUNTRY OF CITIZENSHIP: China

SOCIAL SECURITY NUMBER: 237 - 95 - 7806

ALIEN REGISTRATION NUMBER: A 77077590

LIST ANY OTHER NAMES YOU HAVE USED:

_____
Last    First    Middle    Suffix

RESIDENCE ADDRESS: 94-25 43rd Elmhurst N.Y. 11373
                   Street number and name    City    State    Zip Code

REASON FOR FINGERPRINT APPLICATION: (I-485, I-589, I-600, I-821, N-400): I-589

LOCAL AIW STAMP

FD-258 COMPLETED AT INS/ASC    MANHATTAN
ON: _____
BY: _____

# LAW OFFICES OF NOLAN CHENG
## 11 EAST BROADWAY, SUITE 7C
### NEW YORK, NEW YORK 10038

Nolan Cheng, Esq., NY & NJ Bars
Craig T. Donovan, Esq., NY, NJ & DC Bars

TEL. NO. (212) 385-2122
FAX NO. (212) 385-2022

June 20, 2003

Regular Mail:

Mr. Mark Pasieth
Office of Chief Immigration Judge
5107 Leesburg Pike
Suite 2500
Falls Church, VA 22041

Attn: Mr. Mark Pasieth

Re:     Request for Asylum Approval Letter
        NI, Bao Hua aka NI, Pau Hua  (A77-047-590)
        Our File No.: 1024

Dear Mr. Pasieth:

In follow up our letter dated 3/16/03, please be advised that Ms. XIAO, Mei Lan's enclosed asylum grant was on June 13, 2000, and enclosed please find a copy of an asylum approval letter for Ms. XIAO, Mei Lan dated 2/6/2003. However, Ms. NI, Bao Hua has still has not received the Asylum approval with condition removed letter and Ms. NI, Bao Hua was granted asylum on June 21, 2000. Enclosed please find a copy of Ms. NI, Bao Hua's order of Immigration Judge.

Please process as soon as possible and send the Asylum Approval with condition removed letter and Form I-94 to the applicant and undersigned accordingly. In addition, Ms. NI's fingerprints were taken. Her current address is 247 Broome Street, #13, New York, NY 10002. Thank you for your cooperation.

Thank you for your attention.

Very truly yours,

Nolan Cheng

CC: Bureau of Immigration & Customs Enforcement
U. S. Dept. of Homeland Security
District Counsel Unit
26 Federal Plaza, 11/Fl
New York, NY 10278

My doc/Imm/asylum/request for asylum approval/Cv1024 NI, Pau Hua-1

F

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Respondent's letter dated June 20, 2003 was served on Immigration and Naturalization Service, Dist. Counsel Unit, 26 Federal Plaza, New York, NY 10278 on June 25, 2003 by hand delivery.

# LAW OFFICES OF NOLAN CHENG
## 11 EAST BROADWAY, SUITE 7C
## NEW YORK, NEW YORK 10038

Nolan Cheng, Esq., NY & NJ Bars
Craig T. Donovan, Esq., NY, NJ & DC Bars

TEL. NO. (212) 385-2122
FAX NO. (212) 385-2022

March 16, 2003

Regular Mail:

Mr. Mark Pasierb
Office of Chief Immigration Judge
5107 Leesburg Pike
Suite 2500
Falls Church, VA 22041

Attn: Mr. Mark Pasierb

Re:    **Request for Asylum Approval Letter**
NI, Bao Hua  aka  NI, Pau Hua  (A77-047-590)
Our File No.: 1085

Dear Mr. Pasierb:

Please be advised that Ms. XIAO, Mei Lan's enclosed asylum grant was on June 13, 2000, and enclosed please find a copy of an asylum approval letter for Ms. XIAO, Mei Lan dated 2/6/2003. However, Ms. NI, Bao Hua still has not received her Asylum approval with condition removed letter even though Ms. NI, Bao Hua was granted asylum on June 21, 2000. Enclosed please find a copy of Ms. NI, Bao Hua's order of Immigration Judge.

Please process as soon as possible and send the Asylum Approval with condition removed letter and Form I-94 to the applicant and undersigned accordingly. In addition, Ms. NI's fingerprints were taken. HEcurrent address is 247 Broome Street, #13, New York, NY 10002. Thank you for your cooperation.

Thank you for your attention.

Very truly yours,

Nolan Cheng

CC: BCIS
District Counsel Unit
26 Federal Plaza, 11/Fl
New York, NY 10278

My doc/Immi/asylum/request for asylum approval/CV1024 NI, Pau Hua

**U.S. Department of Justice**

Executive Office for Immigration Review

*Office of the Chief Immigration Judge*



5107 Leesburg Pike, Suite 2500
*Falls Church, Virginia 22041*

July 22, 2003

NOLAN CHENG, ESQUIRE
ATTORNEY AT LAW
11 EAST BROADWAY, SUITE 7C
NEW YORK, NY 10038-0000

Name:          NI, BAO HUA
Reference:     A# 77-047-590

Dear Counsel:

We are enclosing herewith your letter containing notification of change of address for your client.

In order to ensure that your client receives all future mail regarding his/her asylum grant, you must ensure that your client's address is kept current by filing any change of address on Form EOIR-33. Change of Address (EOIR-33) forms must be filed at the immigration court having administrative control over each of your cases. In addition, you must file a separate Notice of Appearance (Form EOIR-28) for each client. These forms must also be filed at the immigration court having administrative control over each of your cases. We will return any forms sent to the OCIJ to you to file at the immigration court.

Sincerely,

Mark L. Pasierb
Deputy Chief Clerk of the Court

encl.

**LAW OFFICES OF NOLAN CHENG**
**11 EAST BROADWAY, SUITE 7C**
**NEW YORK, NEW YORK 10038**

Nolan Cheng, Esq., NY & NJ Bars
Craig T. Donovan, Esq., NY, NJ & DC Bars

TEL. NO. (212) 385-2122
FAX NO. (212) 385-2022

Regular Mail:

June 20, 2003

Mr. Mark Pasierb
Office of Chief Immigration Judge
5107 Leesburg Pike
Suite 2500
Falls Church, VA 22041

Attn: Mr. Mark Pasierb

Re:    **Request for Asylum Approval Letter**
       **NI, Bao Hua    aka  NI, Pau Hua  (A77-047-590)**
       **Our File No.: 1024**

Dear Mr. Pasierb:

In follow up our letter dated 3/16/03, please be advised that Ms. XIAO, Mei Lan's enclosed asylum grant was on June 13, 2000, and enclosed please find a copy of an asylum approval letter for Ms. XIAO, Mei Lan dated 2/6/2003. However, Ms. NI, Bao Hua still has not received her Asylum approval with condition removed letter and Ms. NI, Bao Hua was granted asylum on June 21, 2000. Enclosed please find a copy of Ms. NI, Bao Hua's order of Immigration Judge.

Please process as soon as possible and send the Asylum Approval with condition removed letter and Form I-94 to the applicant and undersigned accordingly. In addition, Ms. NI's fingerprints were taken. Her current address is 247 Broome Street, #13, New York, NY 10002. Thank you for your cooperation.

Thank you for your attention.

Very truly yours,

Nolan Cheng

CC: Bureau of Immigration & Customs Enforcement
U. S. Dept. of Homeland Security
District Counsel Unit
26 Federal Plaza, 11/Fl
New York, NY 10278

My doc/Immr/asylum/request for asylum approval/Cv1024 NI, Pau Hua-1

RECEIVED
DEPT OF JUSTICE
2003 JUN 10 PM 1:01
CHIEF JUDGE

F

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Respondent's letter dated June 20, 2003 was served on Immigration and Naturalization Service, Dist. Counsel Unit, 26 Federal Plaza, New York, NY 10278 on June 25, 2003 by hand delivery.

**LAW OFFICES OF NOLAN CHENG**
11 EAST BROADWAY, SUITE 7C
NEW YORK, NEW YORK 10038

Nolan Cheng, Esq., NY & NJ Bars                    TEL. NO. (212) 385-2122
Craig T. Donovan, Esq., NY, NJ & DC Bars           FAX NO. (212) 385-2022

Regular Mail:

                                                   March 16, 2003

Mr. Mark Pasierb
Office of Chief Immigration Judge
5107 Leesburg Pike
Suite 2500
Falls Church, VA 22041

Attn: Mr. Mark Pasierb

Re:    Request for Asylum Approval Letter
       NI, Bao Hua  aka  NI, Pau Hua  (A77-047-590)
       Our File No.: 1085

Dear Mr. Pasierb:

Please be advised that Ms. XIAO, Mei Lan's enclosed asylum grant was on June
13, 2000, and enclosed please find a copy of an asylum approval letter for Ms. XIAO,
Mei Lan dated 2/6/2003. However, Ms. NI, Bao Hua still has not received her Asylum
approval with condition removed letter even though Ms. NI, Bao Hua was granted
asylum on June 21, 2000. Enclosed please find a copy of Ms. NI, Bao Hua's order of
Immigration Judge.

Please process as soon as possible and send the Asylum Approval with condition
removed letter and Form I-94 to the applicant and undersigned accordingly. In addition,
Ms. NI's fingerprints were taken. Her current address is 247 Broome Street, #13, New
York, NY 10002. Thank you for your cooperation.

Thank you for your attention.

                                                   Very truly yours,

                                                   Nolan Cheng

CC: BCIS
     District Counsel Unit
     26 Federal Plaza, 11/Fl
     New York, NY 10278

My doc/Immr/asylum/request for asylum approval/CV1024 NI, Pan Hua

IMMIGRATION COURT
26 FEDERAL PLZ 10TH FL RM 1000
NEW YORK, NY 10278

In the Matter of

XIAO, MEI LAN
Respondent

Case No: A77-047-589

IN REMOVAL PROCEEDINGS

ORDER OF THE IMMIGRATION JUDGE

This is a summary of the oral decision entered on May 25, 2000.
This memorandum is solely for the convenience of the parties. If the
proceedings should be appealed or reopened, the oral decision will become
the official opinion in the case.

[ ] The respondent was ordered removed from the United States to
_____ or in the alternative to _____.

[ ] Respondent's application for voluntary departure was denied and
respondent was ordered removed to _____ or in the
alternative to _____.

[ ] Respondent's application for voluntary departure was granted until
_____ upon posting a bond in the amount of $ _____
with an alternate order of removal to _____.

Respondent's application for asylum was ( X ) granted ( ) denied
( ) withdrawn.

Respondent's application for withholding of removal was ( X ) granted
( ) denied ( ) withdrawn.

[ ] Respondent's application for cancellation of removal under section
240A(a) was ( ) granted ( ) denied ( ) withdrawn.

[ ] Respondent's application for cancellation of removal was ( ) granted
under section 240A(b)(1) ( ) granted under section 240A(b)(2)
( ) denied ( ) withdrawn. If granted, it was ordered that the
respondent be issued all appropriate documents necessary to give
effect to this order.

[ ] Respondent's application for a waiver under section _____ of the INA was
( ) granted ( ) denied ( ) withdrawn if ( ) Father.

[ ] Respondent's application for adjustment of status under section
_____ of the INA was ( ) granted ( ) denied ( ) withdrawn. If granted, it
was ordered that respondent be issued all appropriate documents necessary
to give effect to this order.

[ ] Respondent's status was rescinded under section 246.

[ ] As a condition of admission, respondent is to post a $ _____ bond.

Respondent knowingly filed a frivolous asylum application after proper
notice.

[ ] Respondent was advised of the limitation on discretionary relief for
failure to appear as ordered in the Immigration Judge's oral decision.

[ ] Proceedings were terminated.

[ ] Other: _____

Date: _____                          _____
Appeal: Waived/Reserved  Appeal Due By:   GEORGE T. CHEW
                                          Immigration Judge



F

ALIEN NUMBER: 77-047-587 ALIEN NAME: XIAO, MEI LAN

CERTIFICATE OF SERVICE

THIS DOCUMENT WAS SERVED BY: MAIL (M) PERSONAL SERVICE (P)

TO: [ ] ALIEN [ ] ALIEN c/o Custodial Officer [ ] ALIEN's ATT/REP [ ] INS

DATE: ________________ BY: COURT STAFF ________________

Attachments: [ ] EOIR-33 [ ] EOIR-28 [ ] Legal Services List [ ] Other

06

**U.S. Department of Justice**

Executive Office for Immigration Review

*5107 Leesburg Pike, Suite 2400*
*Falls Church, VA 22041*

Date of This Notice: February 6, 2003

CHENG, NOLAN, ESQ.
11 EAST BROADWAY, SUITE 7C
NEW YORK NY 10038

In re: MEI LAN XIAO

File:    A77 047 589

On June 13, 2000, the Executive Office for Immigration Review found that you were eligible for asylum based on resistance to coercive population control methods. The Executive Office for Immigration Review ordered that you be granted asylum on a conditional basis. The order was conditional because, under section 207(a)(5) of the Immigration and Nationality Act, not more than 1,000 persons can be granted asylum or admitted as refugees pursuant to a persecution claim based on resistance to coercive population control methods in a fiscal year.

The Immigration and Naturalization Service has informed the Executive Office for Immigration Review that you have been allocated a number within the 1,000 cap. Accordingly, the condition on the Executive Office for Immigration Review grant of asylum in your case has been removed and you have been granted asylum as of December 30, 2002.

You are eligible to apply for employment authorization with the Immigration and Naturalization Service based on the approval of your asylum application. In addition, you may apply for permanent residence status with the Immigration and Naturalization Service one year after the date of your final grant of asylum, as noted above. Any dependents listed below may be eligible for the same benefits.

If you have any questions regarding your case, please direct your inquiry to the appropriate office below:

The Office of the Chief Immigration Judge        The Board of Immigration Appeals
5107 Leesburg Pike, Suite 2500                   The Clerk's Office
Falls Church, VA 22041                           Post Office Box 8530
(703) 305-1247                                   5201 Leesburg Pike, Suite 1300
                                                 Falls Church, VA 22041
                                                 (703) 605-1007

cc:  District Counsel

**U.S. Department of Justice**

Executive Office for Immigration Review

*5107 Leesburg Pike, Suite 2400*
*Falls Church, VA 22041*

Date of This Notice: December 18, 2003

CHENG, NOLAN, ESQ.
11 EAST BROADWAY, SUITE 7C
NEW YORK NY 10038

In re:     PAU HUA NI

File:     A77 047 590

On June 21, 2000, the Executive Office for Immigration Review found that you were eligible for asylum based on resistance to coercive population control methods. The Executive Office for Immigration Review ordered that you be granted asylum on a conditional basis. The order was conditional because, under section 207(a)(5) of the Immigration and Nationality Act, not more than 1,000 persons can be granted asylum or admitted as refugees pursuant to a persecution claim based on resistance to coercive population control methods in a fiscal year.

The Bureau of Citizenship and Immigration Services (USCIS), Department of Homeland Security, has informed the Executive Office for Immigration Review that you have been allocated a number within the 1,000 cap. Accordingly, the condition on the Executive Office for Immigration Review grant of asylum in your case has been removed and you have been granted asylum as of December 18, 2003.

You are eligible to apply for employment authorization with USCIS based on the approval of your asylum application. In addition, you may apply for permanent residence status with USCIS one year after the date of your final grant of asylum, as noted above. Any dependents listed below may be eligible for the same benefits. For more information about asylee benefits, access the USCIS web site at http://www.uscis.gov/graphics/services/asylum/types.htm#grant and review the "Grant of Asylum" section.

If you have any questions regarding your case, please direct your inquiry to the appropriate office below:

The Office of the Chief Immigration Judge        The Board of Immigration Appeals
5107 Leesburg Pike, Suite 2500                   The Clerk's Office
Falls Church, VA 22041                           Post Office Box 8530
                                                 5201 Leesburg Pike, Suite 1300
                                                 Falls Church, VA 22041

cc:     District Counsel