

| | |
|---|---|
| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |

7003 3110 0002 4058 1805



# U.S. Postal Service™
## CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com℠

OFFICIAL USE

| | | | |
|---|---|---|---|
| | | UNIT ID: 0004 | |
| Postage | $ 1.98 | | |
| Certified Fee | 2.30 | | Postmark |
| Return Reciept Fee (Endorsement Required) | 1.75 | | Here |
| | | | Clerk: RWCBRO |
| Restricted Delivery Fee (Endorsement Required) | | | |
| Total Postage & Fees | $ 6.03 | | 01/28/04 |

Sent To  _Nebraska Service Center_
Street, Apt. No.; or PO Box No.  _P.O.BOX 82521_
City, State, ZIP+4  _Lincoln, NE 68501_

PS Form 3800, June 2002                    See Reverse for Instructions

# LAW OFFICES OF NOLAN CHENG
## 11 EAST BROADWAY, SUITE 7C
### NEW YORK, NEW YORK 10038

H

Nolan Cheng, Esq., NY & NJ Bars
Craig T. Donovan, Esq., NY, NJ & DC Bars

TEL. NO. (212) 385-2122
FAX NO. (212) 385-2022

Certified Mail with Return Receipt Requested:
7003 3110 0002 4058 1805

January 13, 2004

BCIS
Nebraska Service Center
P. O. Box 82521
Lincoln, NE 68501

      Re:   I-730
            Petitioner:   NI, Bao Hua a.k.a NI, Pau Hua  (A77-047-590)
            Beneficiary:  XIAO, Jun Qing  (Eldest Son)
            Our File No:  1024

Dear Sir/Madam:

      Enclosed please find the following documents in support of the above-referenced application:

1. A completed Form I-730;
2. A copy of order of the Immigration Judge granting asylum to the Petitioner;
3. A copy of Notice indicating that the condition on the Executive Office for Immigration Review's grant of asylum in the Petitioner's case has been removed as of the date of this notice dated December 18, 2003;
4. An attorney certified copy of Birth Certificate of Petitioner's eldest son XIAO, Jun Qing;
5. Two (2) photos of the Beneficiary; and
6. A completed and signed Form G-28.

Please process as soon as possible and kindly send a receipt.

Thank you for your attention.

                      Sincerely,

                      Nolan Cheng

NC/my doc/imm/filing/I-730/court/1024/NI, Bao Hua

U.S. Department of Justice
Immigration and Naturalization Service
Refugee

## START HERE - Please Type or Print

### Part 1.  Information about you.

| Family Name | Given Name | Middle Name |
|---|---|---|
| NI | Bao Hua | |

Address - C/O

| Street Number and Name | Apt. |
|---|---|
| 247 Broome Street | #13 |

| City | State or Province |
|---|---|
| New York | NY |

| Country | ZIP/Postal Code | Sex: |
|---|---|---|
| U.S.A. | 10002 | a. ☐ Male  b. ✔ Female |

| Date of Birth *(Month/Day/Year)* | Country of Birth |
|---|---|
| 4/4/1965 | China |

| A# | Social Security # |
|---|---|
| A77-047-590 | 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 |

Other names used *(including maiden name)*

NI, Pau Hua

Present Status: *(check one)*
a. ☐ Refugee          Lawful Permanent Resident based on previous Refugee status
b. ✔ Asylee           Lawful Permanent Resident based on previous Asylee status

Date *(Month/Day/Year)* and Place Refugee or Asylee status was granted:

6/21/2000; 26 Federal Plaza, NY, NY

If granted Refugee status, Date *(Month/Day/Year)* and Place Admitted to the United States:

N/A

If Married, Date *(Month/Day/Year)* and Place of Present Marriage:

4/26/1990; Lianjiang County, China

If Previously Married, Name(s) of Prior Spouse(s):

None

Date(s) Previous Marriage(s) Ended: *(Month/Day/Year)*

None

### Part 2.  Information about the relationship.

The alien relative is my:   a. ☐ Spouse
                            b. ✔ Unmarried child under 21 years of age

Number of relatives I am filing for: ___1___ ( ___2___ of ___3___ )

### Part 3.  Information about your alien relative.   *(If you are petitioning for more than one family member you must complete and file a separate Form I-730 for each additional family member.)*

| Family Name | Given Name | Middle Name |
|---|---|---|
| XIAO | Jun Qing | |

Address - C/O

| Street Number and Name | Apt # |
|---|---|
| No.19 Qian Zhou, Yang Qi Village, Guan Tou | Town, |

中国福建省福州市连江县琯头镇阳岐村前州19号

---

Return

Subm

Reloc

Reloc

☐ Petitioner Interviewed

☐ Beneficiary Interviewed

Consulate

Sections of Law
☐ 207 (c) (2) Spouse
☐ 207 (c) (2) Child
☐ 208 (b) (3) Spouse
☐ 208 (b) (3) Child

Remarks

Action Block

To Be Completed by
*Attorney* or *Representative, If any*
☒ Fill in box if G-28 is attached to represent the applicant

Volag #

Atty State License #

Form I-730 (Rev. 09/18/00) Y

## Part 3.  Information about your alien relative.          *Continue*

| City | State or Providence | | |
|---|---|---|---|
| Lianjiang County, Fuzhou City | Fujian | | |
| Country | ZIP/Postal Code | Sex: a. ✔ Male | |
| China | | b. ☐ Female | |
| Date of Birth *(Month/Day/Year)* | Country of Birth | | |
| 10/15/1986 | China | | |
| Alien # (If any) | Social Security # *(If Any)* | | |
| N/A | | | |

Other name(s) used *(including maiden name)*

None

If Married, Date *(Month/Day/Year)* and Place of Present Marriage:

None

If Previously Married, Name(s) of Prior Spouse(s):

None

Date(s) Previous Marriage(s) Ended: *(Month/Day/Year)*

None

## Part 4.     Processing Information.

A. Check One:   a. ☐   The person named in Part 3 is now in the United States.

b. ✔   The person named in Part 3 is now outside the United States. (Please indicate the location of the American Consulate or Embassy where your relative will apply for a visa.)

American Consulate/Embassy at:        Guangzhou, China

City and Country

B. Is the person named in Part 3 in exclusion, deportation, or removal proceedings in the United States?

a. ✔  No

b. ☐  Yes (Please explain on a separate paper.)

## Part 5. Signature.     *Read the information on penalties in the instructions before completing this section and sign below. If someone helped you to prepare this petition, he or she must complete Part 6.*

*I certify or, if outside the United States, I swear or affirm, under penalty of perjury under the laws of the United States of America, that this petition and the evidence submitted with it, is all true and correct. I authorize the release of any information from my record which the Immigration and Naturalization Service needs to determine eligibility for the benefit I am seeking.*

| Signature | Print Name | Date | Daytime Telephone # |
|---|---|---|---|
| X NI Bao Hua | NI, Bao Hua | 1/12/2004 | (347 ) 249-8978 |

Please Note:     *If you do not completely fill out this form, or fail to submit the required documents listed in the instructions, your relative may not be found eligible for the requested benefit and this petition may be denied.*

## Part 6.  Signature of person preparing form if other than Petitioner above. *(Sign Below)*

*I declare that I prepared this petition at the request of the above person and it is based on all of the information of which I have knowledge.*

| Signature | Print Name | Date | Daytime Telephone # |
|---|---|---|---|
| | Nolan Cheng | 1/12/2004 | (212 ) 385-2122 |

Firm Name and Address

Nolan Cheng, Esq.
11 East Broadway, Suite 7C, New York, NY 10038

H

IMMIGRATION COURT
26 FEDERAL PLZ 10TH FL RM 1000
NEW YORK, NY 10278

In the Matter of

NI, PAU HUA                              Case No.: A77-047-590
    Respondent                    IN REMOVAL PROCEEDINGS

ORDER OF THE IMMIGRATION JUDGE

This is a summary of the oral decision entered on Jun 21, 2000
This memorandum is solely for the convenience of the parties. If the
proceedings should be appealed or reopened, the oral decision will become
the official opinion in the case.
[ ]  The respondent was ordered removed from the United States to
                                              or in the alternative to
[ ]  Respondent's application for voluntary departure was denied and
     respondent was ordered removed to
     alternative to
[ ]  Respondent's application for voluntary departure was granted until
          upon posting a bond in the amount of $ _____
     with an alternate order of removal to
[✓]  Respondent's application for asylum was ( ✓ )granted ( )denied
     ( )withdrawn. *Conditionally based on available visa.*
[✓]  Respondent's application for withholding of removal was ( ✓ )granted
     ( )denied ( )withdrawn
[ ]  Respondent's application for cancellation of removal under section
     240A(a) was ( )granted ( )denied ( )withdrawn
[ ]  Respondent's application for cancellation of removal was ( ) granted
     under section 240A(b)(1)    ( ) granted under section 240A(b)(2)
     ( ) denied ( ) withdrawn. If granted, it was ordered that the
     respondent be issued all appropriate documents necessary to give
     effect to this order.
[ ]  Respondent's application for a waiver under section _____ of the INA was
     ( )granted ( )denied ( )withdrawn or ( )other
[ ]  Respondent's application for adjustment of status under section _____
     of the INA was ( )granted ( )denied ( )withdrawn. If granted, it
     was ordered that respondent be issued all appropriate documents necessary
     to give effect to this order.
[ ]  Respondent's status was rescinded under section 246.
[ ]  Respondent is admitted to the United States as a _____ until _____
[ ]  As a condition of admission, respondent is to post a $ _____ bond.
[ ]  Respondent knowingly filed a frivolous asylum application after proper
     notice.
[ ]  Respondent was advised of the limitation on discretionary relief for
     failure to appear as ordered in the Immigration Judge's oral decision.
[ ]  Proceedings were terminated.
[ ]  Other: _____

Date: Jun 21, 2000
Appeal: Waived/Reserved    Appeal Due By:
         *Final Order*                    ROXANNE C. HLADYLOWYCZ
                                          Immigration Judge

ALIEN NUMBER: 77-047-590

ALIEN NAME: NT. PAU HUA

H

CERTIFICATE OF SERVICE

THIS DOCUMENT WAS SERVED BY: MAIL (M)    PERSONAL SERVICE (P)
TO: [X] ALIEN [ ] ALIEN c/o Custodial Officer [ ] ALIEN's ATT/REP [X] INS
DATE: 6/21/2005    BY: COURT STAFF

Attachments:  [ ] EOIR-33  [ ] EOIR-28  [ ] Legal Services List  [ ] Other

B6

H

# 公　证　书

中华人民共和国福建省连江县公证处

I CERTIFY THAT I HAVE COMPARED THE DOCUMENT WITH
ITS ORIGINAL, AND IT IS A TRUE AND CORRECT
COPY.
SIGNED _____Nolan_____ DATE: 1/10/00
NAME: NOLAN CHENG, ESQ.
ADDRESS: 11 EAST BROADWAY, SUITE 7C, NY, NY
ADMITTED TO PRACTICE IN THE STATE OF NEW YORK

H

出 生 公 证 书

(99) 连证字第18958号

　　兹证明萧俊清(男)于一九八六年十月十五日在福建省连江县出生。萧俊清的父亲是萧美浩，萧俊清的母亲是倪宝华。

　　中华人民共和国福建省连江县公证处

公证员：施宏连





一九九九年十七月三十九日

I CERTIFY THAT I HAVE COMPARED THIS COPY WITH ITS ORIGINAL AND IT IS A TRUE AND COMPLETE COPY.
SIGNED _____ DATE 1/10/00
NAME: NOLAN CHENG, ESQ.
ADDRESS: 11 EAST BROADWAY, SUITE 7C, NY, NY 10038
ADMITTED TO PRACTICE IN THE STATE OF NEW YORK

H

# BIRTH  CERTIFICATE

## (Translation)

(99)LZ. Zi, No.18958

This is to certify that Xiao Jun Qing (male) was born on October 15, 1986 at Lianjiang County, Fujian Province.   His father is Xiao Mei Hao and his mother is Ni Bao Hua.

Notary: Shi Hong Jian

Lianjiang Notary Public Office

Fujian Province

The People's Republic Of China

November 29, 1999

I CERTIFY THAT I HAVE COMPARED THIS COPY WITH ITS ORIGINAL AND IT IS A TRUE AND COMPLETE COPY.
SIGNED _Volache_ DATE _1/10/00_
NAME: NOLAN CHENG, ESQ.
ADDRESS: 11 EAST BROADWAY, SUITE 7C, NY, NY 10002
ADMITTED TO PRACTICE IN THE STATE OF NEW YORK

H

证　明　书

（99）连证字第18959号

兹证明前面的译文内容与（99）连证字第18958号公证书中文相符。

中华人民共和国福建省连江县公证处

公证员：施宏德



一九九九年十一月二十九日

I CERTIFY THAT I HAVE COMPARED THIS COPY WITH ITS ORIGINAL AND IT IS A TRUE AND COMPLETE COPY. SIGNED Nola Chen DATE 1/10/00 NAME: NOLAN CHEN, ESQ. ADDRESS: 11 EAST BROADWAY, SUITE 7C, NEW YORK ADMITTED TO PRACTICE IN THE STATE OF NEW YORK

H

## CERTIFICATE (Translation)

(99) LZ. Zi, No.18959

This is to certify that the content of the English version attached hereto is full conformity with the content of (99) LZ. Zi, No.18958 notarial certificate that is in Chinese.

Notary: Shi Hong Jian

Lianjiang Notary Public Office

Fujian Province

The People's Republic Of China

November 29, 1999

I CERTIFY THAT I HAVE COMPARED THIS COPY WITH ITS ORIGINAL, AND IT IS A TRUE AND COMPLETE COPY.
SIGNED_____ DATE  1/10/00
NAME: NOLAN CHENG, ESS
ADDRESS: 11 EAST BROADWAY, SUITE 7C, NY, NY  10038
ADMITTED TO PRACTICE IN THE STATE OF NEW YORK

U.S. Department of Justice
Immigration and Naturalization Service

**Notice of Entry of Appearance
as Attorney or Representative**

Appearances - An appearance shall be filed on this form by the attorney or representative appearing in each case. Thereafter, substitution may be permitted upon the written withdrawal of the attorney or representative of record or upon notification of the new attorney or representative. When an appearance is made by a person acting in a representative capacity, his personal appearance or signature shall constitute a representation that under the provisions of this chapter he is authorized and qualified to represent. Further proof of authority to act in a representative capacity may be required. **Availability of Records** - During the time a case is pending, and except as otherwise provided in 8 CFR 103.2(b), a party to a proceeding or his attorney or representative shall be permitted to examine the record of proceeding in a Service office. He may, in conformity with 8 CFR 103.10, obtain copies of Service records or information therefrom and copies of documents or transcripts of evidence furnished by him. Upon request, he/she may, in addition, be loaned a copy of the testimony and exhibits contained in the record of proceeding upon giving his/her receipt for such copies and pledging that it will be surrendered upon final disposition of the case or upon demand. If extra copies of exhibits do not exist, they shall not be furnished free on loan; however, they shall be made available for copying or purchase of copies as provided in 8 CFR 103.10.

| In re: NI, Bao Hua  aka  NI, Pau Hua | Date:  1/12/2004 |
| | File No. A77-047-590 |

I hereby enter my appearance as attorney for (or representative of), and at the request of the following named person(s):

| Name: NI, Bao Hua  aka  NI, Pau Hua | ☑ Petitioner  ☐ Applicant ☐ Beneficiary |

| Address: (Apt. No.) | (Number & Street) | (City) | (State) | (Zip Code) |
| #13 | 247 Broome Street | New York | NY | 10002 |

| Name: XIAO, Jun Qing | ☐ Petitioner  ☐ Applicant ☑ Beneficiary |

| Address: (Apt. No.) | (Number & Street) | (City) | (State) | (Zip Code) |
| No.19 QianZhou YangQi Village, | Guantou Town,Lianjiang,Fuzhou | Fujian, | China |

*Check Applicable Item(s) below:*

☑ 1. I am an attorney and a member in good standing of the bar of the Supreme Court of the United States or of the highest court of the following State, territory, insular possession, or District of Columbia
NYS Supreme Court          Appellate Div. 1st Dept.    and am not under a court or administrative agency
order suspending, enjoining, restraining, disbarring, or otherwise restricting me in practicing law.

☐ 2. I am an accredited representative of the following named religious, charitable, social service, or similar organization established in the United States and which is so recognized by the Board:

☐ 3. I am associated with
the attorney of record previously filed a notice of appearance in this case and my appearance is at his request. *(If you check this item, also check item 1 or 2 whichever is appropriate.)*

☐ 4. Others (Explain Fully.)

| SIGNATURE | COMPLETE ADDRESS 11 E. Broadway, Suite 7C New York, NY 10038 |
| NAME (Type or Print)  Nolan Cheng | TELEPHONE NUMBER 212-385-2122 |

*PURSUANT TO THE PRIVACY ACT OF 1974, I HEREBY CONSENT TO THE DISCLOSURE TO THE FOLLOWING NAMED ATTORNEY OR REPRESENTATIVE OF ANY RECORD PERTAINING TO ME WHICH APPEARS IN ANY IMMIGRATION AND NATURALIZATION SERVICE SYSTEM OF RECORDS:*

(Name of Attorney or Representative)

*THE ABOVE CONSENT TO DISCLOSURE IS IN CONNECTION WITH THE FOLLOWING MATTER:*

| Name of Person Consenting NI, Bao Hua  aka  NI, Pau Hua | Signature of Person Consenting  NI. Bao Hua | Date 1/12/2004 |

(NOTE: Execution of this box is required under the Privacy Act of 1974 where the person being represented is a citizen of the United States or an alien lawfully admitted for permanent residence.)

This form may not be used to request records under the Freedom of Information Act or the Privacy Act. The manner of requesting such records is contained in 8CFR 103.10 and 103.20 Et.SEQ.

Form G-28 (09/26/00)Y

# LAW OFFICES OF NOLAN CHENG

## 11 EAST BROADWAY, SUITE 7C
### NEW YORK, NEW YORK 10038

Nolan Cheng, Esq., NY & NJ Bars                                    TEL. NO. (212) 385-2122
Craig T. Donovan, Esq., NY, NJ & DC Bars                          FAX NO. (212) 385-2022

Certified Mail with Return Receipt Requested:
7003 3110 0002 4058 1805

                                            January 13, 2004

BCIS
Nebraska Service Center
P. O. Box 82521
Lincoln, NE 68501

            Re:    I-730
                   Petitioner:    NI, Bao Hua  a.k.a  NI, Pau Hua   (A77-047-590)
                   Beneficiary:   XIAO, Jun Qiang  (Second Son)
                   Our File No:   1024

Dear Sir/Madam:

        Enclosed please find the following documents in support of the above-referenced
application:

    1.  A completed Form I-730;
    2.  A copy of order of the Immigration Judge granting asylum to the Petitioner;
    3.  A copy of Notice indicating that the condition on the Executive Office for
        Immigration Review's grant of asylum in the Petitioner's case has been
        removed as of the date of this notice dated December 18, 2003;
    4.  An attorney certified copy of Birth Certificate of Petitioner's second son
        XIAO, Jun Qiang;
    5.  Two (2) photos of the Beneficiary; and
    6.  A completed and signed Form G-28.

Please process as soon as possible and kindly send a receipt.

Thank you for your attention.

                                            Sincerely,

                                            Nolan Cheng

NC/my doc/imm/filing/I-730/court/1024/NI, Bao Hua

U.S. Department of Justice
Immigration and Naturalization Service

Refu~

## START HERE - Please Type or Print

## Part 1.    Information about you.

| Family Name | Given Name | Middle Name |
|---|---|---|
| NI | Bao Hua | |

Address - C/O

| Street Number and Name | Apt. |
|---|---|
| 247 Broome Street | #13 |

| City | State or Province |
|---|---|
| New York | NY |

| Country | ZIP/Postal Code | Sex: |
|---|---|---|
| U.S.A. | 10002 | a. ☐ Male  b. ✔ Female |

| Date of Birth (Month/Day/Year) | Country of Birth |
|---|---|
| 4/4/1965 | China |

| A# | Social Security # |
|---|---|
| A77-047-590 | 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 |

Other names used (including maiden name)

NI, Pau Hua

Present Status: (check one)
a. ✔ Refugee                  ☐ Lawful Permanent Resident based on previous Refugee status
b. ☐ Asylee                   ☐ Lawful Permanent Resident based on previous Asylee status

Date (Month/Day/Year) and Place Refugee or Asylee status was granted:

6/21/2000; 26 Federal Plaza, NY, NY

If granted Refugee status, Date (Month/Day/Year) and Place Admitted to the United States:

N/A

If Married, Date (Month/Day/Year) and Place of Present Marriage:

4/26/1990; Lianjiang County, China

If Previously Married, Name(s) of Prior Spouse(s):

None

Date(s) Previous Marriage(s) Ended: (Month/Day/Year)

None

## Part 2.    Information about the relationship.

The alien relative is my:    a. ☐ Spouse
                             b. ✔ Unmarried child under 21 years of age

Number of relatives I am filing for: _____1_____ ( ___3___ of ___3___ )

## Part 3.    Information about your alien relative.    (If you are petitioning for more than one family member you must complete and file a separate Form I-730 for each additional family member.)

| Family Name | Given Name | Middle Name |
|---|---|---|
| XIAO | Jun Qiang | |

Address - C/O

| Street Number and Name | Apt # |
|---|---|
| No.19 Qiàn Zhou, Yang Qi Village, Guan Tou | Town, |

中国福建省福州市郊区镇阳坂村前舟19号

---

Re~

Sub~

Rel~

Rel~

☐ Petitioner Interviewed

☐ Beneficiary Interviewed

Consulate

### Sections of Law

☐ 207 (c) (2) Spouse
☐ 207 (c) (2) Child
☐ 208 (b) (3) Spouse
☐ 208 (b) (3) Child

Remarks

Action Block

### To Be Completed by Attorney or Representative, If any

☒ Fill in box if G-28 is attached to represent the applicant

Volag #

Atty State License #

Form I-730 (Rev. 09/18/00) Y

## Part 3.  Information about your alien relative.        *Continue*

| City | State or Providence |
| --- | --- |
| Lianjiang County, Fuzhou City | Fujian |

| Country | ZIP/Postal Code | Sex: |
| --- | --- | --- |
| China | | a. ✔ Male  b. ☐ Female |

| Date of Birth *(Month/Day/Year)* | Country of Birth |
| --- | --- |
| 6/18/1988 | China |

| Alien # *(If any)* | Social Security # *(If Any)* |
| --- | --- |
| N/A | N/A |

Other name(s) used *(including maiden name)*

None

If Married, Date *(Month/Day/Year)* and Place of Present Marriage:

None

If Previously Married, Name(s) of Prior Spouse(s):

None

Date(s) Previous Marriage(s) Ended: *(Month/Day/Year)*

None

## Part 4.        Processing Information.

A. Check One:    a. ☐    The person named in Part 3 is now in the United States.

    b. ✔    The person named in Part 3 is now outside the United States. (Please indicate the location of the American Consulate or Embassy where your relative will apply for a visa.)

American Consulate/Embassy at:        Guangzhou, China

City and Country

B. Is the person named in Part 3 in exclusion, deportation, or removal proceedings in the United States?

    a. ✔ No

    b. ☐ Yes (Please explain on a separate paper.)

## Part 5.  Signature.        *Read the information on penalties in the instructions before completing this section and sign below. If someone helped you to prepare this petition, he or she must complete Part 6.*

*I certify or, if outside the United States, I swear or affirm, under penalty of perjury under the laws of the United States of America, that this petition and the evidence submitted with it, is all true and correct.  I authorize the release of any information from my record which the Immigration and Naturalization Service needs to determine eligibility for the benefit I am seeking.*

| Signature | Print Name | Date | Daytime Telephone # |
| --- | --- | --- | --- |
| X *Ni Bao Hua* | NI, Bao Hua | 1/12/2004 | (347) 249-8978 |

Please Note:    *If you do not completely fill out this form, or fail to submit the required documents listed in the instructions, your relative may not be found eligible for the requested benefit and this petition may be denied.*

## Part 6.  Signature of person preparing form if other than Petitioner above. *(Sign Below)*

*I declare that I prepared this petition at the request of the above person and it is based on all of the information of which I have knowledge.*

| Signature | Print Name | Date | Daytime Telephone # |
| --- | --- | --- | --- |
| *Nolo* | Nolan Cheng | 1/12/2004 | (212) 385-2122 |

Firm Name
and Address            Nolan Cheng, Esq.
            11 East Broadway, Suite 7C, New York, NY 10038

IMMIGRATION COURT
26 FEDERAL PLZ 10TH FL RM. 1000
NEW YORK, NY   10278

H

In the Matter of

                          Case No.: A77-047-590

NI, PAU HUA
    Respondent                  IN REMOVAL PROCEEDINGS

ORDER OF THE IMMIGRATION JUDGE

This is a summary of the oral decision entered on Jun 21, 2000
This memorandum is solely for the convenience of the parties. If the
proceedings should be appealed or reopened, the oral decision will become
the official opinion in the case

[ ]  The respondent was ordered removed from the United States to
                                         or in the alternative to

[ ]  Respondent's application for voluntary departure was denied and
    respondent was ordered removed to
    alternative to

[ ]  Respondent's application for voluntary departure was granted until
    upon posting a bond in the amount of $ _____
    with an alternate order of removal to

[X]  Respondent's application for asylum was (X)granted ( )denied
    ( )withdrawn. *Conditionally based on available USA*

[X]  Respondent's application for withholding of removal was (X)granted
    ( )denied ( )withdrawn

[ ]  Respondent's application for cancellation of removal under section
    240A(a) was ( )granted ( )denied ( )withdrawn

[ ]  Respondent's application for cancellation of removal was ( ) granted
    under section 240A(b)(1)   ( ) granted under section 240A(b)(2)
    ( ) denied ( ) withdrawn   If granted, it was ordered that the
    respondent be issued all appropriate documents necessary to give
    effect to this order.

[ ]  Respondent's application for a waiver under section _____ of the INA was
    ( )granted ( )denied ( )withdrawn or ( )other

[ ]  Respondent's application for adjustment of status under section _____.
    of the INA was ( )granted ( )denied ( )withdrawn. If granted, it
    was ordered that respondent be issued all appropriate documents necessary
    to give effect to this order.

[ ]  Respondent's status was rescinded under section 246.

[ ]  Respondent is admitted to the United States as a _____ until _____

[ ]  As a condition of admission, respondent is to post a $ _____ bond.

[ ]  Respondent knowingly filed a frivolous asylum application after proper
    notice.

[ ]  Respondent was advised of the limitation on discretionary relief for
    failure to appear as ordered in the Immigration Judge's oral decision.

[ ]  Proceedings were terminated.

[ ]  Other: _____

    Date:  Jun 21, 2000
    Appeal: Waived/Reserved   Appeal Due By:

    *Final Order*

                           ROXANNE C. HLADYLOWEZ
                           Immigration Judge

ALIEN NUMBER: 77-047-590                    ALIEN NAME: MT. PAU HUA

H

CERTIFICATE OF SERVICE

THIS DOCUMENT WAS SERVED BY: MAIL (M)    PERSONAL SERVICE (P)
TO: [ ] ALIEN [ ] ALIEN c/o Custodial Officer [ ] ALIEN's ATT/REP [ ] INS
DATE: _____6/2/____    BY: COURT STAFF _____

    Attachments: [ ] EOIR-33 [ ] EOIR-28 [ ] Legal Services List [ ] Other

86



H

7024

U.S. Department of Justice

Executive Office for Immigration Review

*5107 Leesburg Pike, Suite 2400*
*Falls Church, VA 22041*

Date of This Notice: December 18, 2003

CHENG, NOLAN, ESQ.
11 EAST BROADWAY, SUITE 7C
NEW YORK NY 10038

In re:    PAU HUA NI

File:    A77 047 590

On June 21, 2000, the Executive Office for Immigration Review found that you were eligible for asylum based on resistance to coercive population control methods. The Executive Office for Immigration Review ordered that you be granted asylum on a conditional basis. The order was conditional because, under section 207(a)(5) of the Immigration and Nationality Act, not more than 1,000 persons can be granted asylum or admitted as refugees pursuant to a persecution claim based on resistance to coercive population control methods in a fiscal year.

The Bureau of Citizenship and Immigration Services (USCIS), Department of Homeland Security, has informed the Executive Office for Immigration Review that you have been allocated a number within the 1,000 cap. Accordingly, the condition on the Executive Office for Immigration Review grant of asylum in your case has been removed and you have been granted asylum as of December 18, 2003.

You are eligible to apply for employment authorization with USCIS based on the approval of your asylum application. In addition, you may apply for permanent residence status with USCIS one year after the date of your final grant of asylum, as noted above. Any dependents listed below may be eligible for the same benefits. For more information about asylee benefits, access the USCIS web site at http://www.uscis.gov/graphics/services/asylum/types.htm#grant and review the "Grant of Asylum" section.

If you have any questions regarding your case, please direct your inquiry to the appropriate office below:

The Office of the Chief Immigration Judge
5107 Leesburg Pike, Suite 2500
Falls Church, VA 22041

The Board of Immigration Appeals
The Clerk's Office
Post Office Box 8530
5201 Leesburg Pike, Suite 1300
Falls Church, VA 22041

cc:    District Counsel .

H

# 公 证 书

中华人民共和国福建省长乐县公证处

H

出 生 公 证 书

(99)连证字第18960号

　　兹证明萧俊锵(男)于一九八八年六月十八日在福建省连江县出生。萧俊锵的父亲是萧美浩，萧俊锵的母亲是倪宝华。

中华人民共和国福建省连江县公证处

公证员：



一九九九年十一月二十九日

3574

H

# BIRTH CERTIFICATE

## (Translation)

(99)LZ. Zi, No.18960

This is to certify that Xiao Jun Qiang (male) was born on June 18, 1988 at Lianjiang County, Fujian Province.   His father is Xiao Mei Hao and his mother is Ni Bao Hua.

Notary: Shi Hong Jian

Lianjiang Notary Public Office

Fujian Province

The People's Republic Of China

November 29, 1999

T2I09290b

トータル P. 02

H

## 证　　明　　书

(99) 连证字第18961号

　　兹证明前面的译文内容与（99）连证字第18960号公证书中文相符。

中华人民共和国福建省连江县公证处

公 证 员：

一九九九年十二月二十九日

H

## CERTIFICATE (Translation)

(99) LZ. Zi, No.18961

This is to certify that the content of the English version attached hereto is full conformity with the content of (99) LZ. Zi, No.18960 notarial certificate that is in Chinese.

Notary: Shi Hong Jian

Lianjiang Notary Public Office

Fujian Province

The People's Republic Of China

November 29, 1999

1092887

U.S. Department of Justice
Immigration and Naturalization Service

**Notice of Entry of Appearance
as Attorney or Representative**

H

**Appearances** - An appearance shall be filed on this form by the attorney or representative appearing in each case. Thereafter, substitution may be permitted upon the written withdrawal of the attorney or representative of record or upon notification of the new attorney or representative. When an appearance is made by a person acting in a representative capacity, his personal appearance or signature shall constitute a representation that under the provisions of this chapter he is authorized and qualified to represent. Further proof of authority to act in a representative capacity may be required. **Availability of Records** - During the time a case is pending, and except as otherwise provided in 8 CFR 103.2(b), a party to a proceeding or his attorney or representative shall be permitted to examine the record of proceeding in a Service office. He may, in conformity with 8 CFR 103.10, obtain copies of Service records or information therefrom and copies of documents or transcripts of evidence furnished by him. Upon request, he/she may, in addition, be loaned a copy of the testimony and exhibits contained in the record of proceeding upon giving his/her receipt for such copies and pledging that it will be surrendered upon final disposition of the case or upon demand. If extra copies of exhibits do not exist, they shall not be furnished free on loan; however, they shall be made available for copying or purchase of copies as provided in 8 CFR 103.10.

| In re:  NI, Bao Hua  aka  NI, Pau Hua | Date: 1/12/2004 |
| | File No. A77-047-590 |

I hereby enter my appearance as attorney for (or representative of), and at the request of the following named person(s):

Name:  NI, Bao Hua  aka  NI, Pau Hua     ☑ Petitioner    ☐ Applicant
                                          ☐ Beneficiary

Address: (Apt. No.)    (Number & Street)     (City)        (State)      (Zip Code)
  #13      247 Broome Street    New York       NY        10002

Name:  XIAO, Jun Qiang     ☐ Petitioner    ☐ Applicant
                            ☑ Beneficiary

Address: (Apt. No.)    (Number & Street)     (City)        (State)      (Zip Code)
No.19 QianZhou YangQi Village,  Guantou Town,Lianjiang,Fuzhou Fujian,    China

*Check Applicable Item(s) below:*

☑ 1. I am an attorney and a member in good standing of the bar of the Supreme Court of the United States or of the highest court of the following State, territory, insular possession, or District of Columbia
  NYS Supreme Court        Appellate Div. 1st Dept.    and am not under a court or administrative agency
                    Name of Court
  order suspending, enjoining, restraining, disbarring, or otherwise restricting me in practicing law.

☐ 2. I am an accredited representative of the following named religious, charitable, social service, or similar organization established in the United States and which is so recognized by the Board:

☐ 3. I am associated with
  the attorney of record previously filed a notice of appearance in this case and my appearance is at his request. *(If you check this item, also check item 1 or 2 whichever is appropriate.)*

☐ 4. Others (Explain Fully.)

| SIGNATURE | COMPLETE ADDRESS |
| | 11 E. Broadway, Suite 7C |
| | New York, NY 10038 |
| NAME (Type or Print)   Nolan Cheng | TELEPHONE NUMBER |
| | 212-385-2122 |

*PURSUANT TO THE PRIVACY ACT OF 1974, I HEREBY CONSENT TO THE DISCLOSURE TO THE FOLLOWING NAMED ATTORNEY OR REPRESENTATIVE OF ANY RECORD PERTAINING TO ME WHICH APPEARS IN ANY IMMIGRATION AND NATURALIZATION SERVICE SYSTEM OF RECORDS:*

(Name of Attorney or Representative)

*THE ABOVE CONSENT TO DISCLOSURE IS IN CONNECTION WITH THE FOLLOWING MATTER:*

| Name of Person Consenting | Signature of Person Consenting | Date |
| NI, Bao Hua  aka  NI, Pau Hua | NI Bao Hua | 1/12/2004 |

(NOTE: Execution of this box is required under the Privacy Act of 1974 where the person being represented is a citizen of the United States or an alien lawfully admitted for permanent residence.)

This form may not be used to request records under the Freedom of Information Act or the Privacy Act. The manner of requesting such records is contained in 8CFR 103.10 and 103.20 Et.SEQ.

Form G-28 (09/26/00)Y