# LAW OFFICES OF NOLAN CHENG
## 11 EAST BROADWAY, SUITE 7C
## NEW YORK, NEW YORK 10038

Nolan Cheng, Esq., NY & NJ Bars
Craig T. Donovan, Esq., NY, NJ & DC Bars

TEL. NO. (212) 385-2122
FAX NO. (212) 385-2022

H

Certified Mail with Return Receipt Requested:
7003 3110 0002 4058 1805

January 13, 2004

BCIS
Nebraska Service Center
P. O. Box 82521
Lincoln, NE 68501

Re:   I-730
      Petitioner:    NI, Bao Hua a.k.a NI, Pau Hua  (A77-047-590)
      Beneficiary:   XIAO, Mei Hao  (A70-901-518) (Husband)
      Our File No:   1024

Dear Sir/Madam:

Enclosed please find the following documents in support of the above-referenced application:

1. A completed Form I-730;
2. A copy of order of the Immigration Judge granting asylum to the Petitioner;
3. A copy of Notice indicating that the condition on the Executive Office for Immigration Review's grant of asylum in the Petitioner's case has been removed as of the date of this notice dated December 18, 2003;
4. An attorney certified copy of Petitioner's Notarial Marriage Certificate;
5. An attorney certified copy of Birth Certificate of Petitioner's husband;
6. Two (2) photos of the Beneficiary; and
7. A completed and signed Form G-28.

Please process as soon as possible and kindly send a receipt.

Thank you for your attention.

Sincerely,

Nolan Cheng

NC/my doc/imm/filing/I-730/court/1024 NI, Bao Hua

U.S. Department of Justice
Immigration and Naturalization Service                                    Refugee

## START HERE - Please Type or Print

### Part 1. Information about you.

| Family Name | Given Name | Middle Name |
|---|---|---|
| NI | Bao Hua | |

Address - C/O

| Street Number and Name | Apt. |
|---|---|
| 247 Broome Street | #13 |

| City | State or Province |
|---|---|
| New York | NY |

| Country | ZIP/Postal Code | Sex: |
|---|---|---|
| U.S.A. | 10002 | a. ☐ Male  b. ✔ Female |

| Date of Birth (Month/Day/Year) | Country of Birth |
|---|---|
| 4/4/1965 | China |

| A# | Social Security # |
|---|---|
| A77-047-590 | 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 |

Other names used (including maiden name)
NI, Pau Hua

Present Status: (check one)
a. ☐ Refugee    ☐ Lawful Permanent Resident based on previous Refugee status
b. ✔ Asylee     ☐ Lawful Permanent Resident based on previous Asylee status

Date (Month/Day/Year) and Place Refugee or Asylee status was granted:
6/21/2000; 26 Federal Plaza, NY, NY

If granted Refugee status, Date (Month/Day/Year) and Place Admitted to the United States:
N/A

If Married, Date (Month/Day/Year) and Place of Present Marriage:
4/26/1990; Eianjiang County, China

If Previously Married, Name(s) of Prior Spouse(s):
None

Date(s) Previous Marriage(s) Ended: (Month/Day/Year)
None

### Part 2. Information about the relationship.

The alien relative is my:
a. ✔ Spouse
b. ☐ Unmarried child under 21 years of age

Number of relatives I am filing for:  1  ( 1 of 3 )

### Part 3. Information about your alien relative.  (If you are petitioning for more than one family member you must complete and file a separate Form I-730 for each additional family member.)

| Family Name | Given Name | Middle Name |
|---|---|---|
| XIAO | Mei Hao | |

Address - C/O

| Street Number and Name | Apt # |
|---|---|
| 247 Broome Street | #13 |

Right side annotations:
- Return
- Subm
- Reloc
- Reloc
- ☐ Petitioner Interviewed
- ☐ Beneficiary Interviewed
- Consulate

Sections of Law
- ☐ 207 (c) (2) Spouse
- ☐ 207 (c) (2) Child
- ☐ 208 (b) (3) Spouse
- ☐ 208 (b) (3) Child

Remarks

Action Block

To Be Completed by Attorney or Representative, If any
☒ Fill in box if G-28 is attached to represent the applicant

Volag #

Atty State License #

Form I-730 (Rev. 09/18/00) Y

**Part 3. Information about your alien relative.**   *Continue*

| | |
|---|---|
| City: New York | State or Providence: NY |
| Country: U.S.A. | ZIP/Postal Code: 10002 |
| Date of Birth (Month/Day/Year): 9/1/1965 | Country of Birth: China |
| Alien # (If any): A70-901-518 | Social Security # (If Any): 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 |

Sex: ☑ a. Male  ☐ b. Female

Other name(s) used (including maiden name): None

If Married, Date (Month/Day/Year) and Place of Present Marriage:
4/26/1990; Lianjiang County, China

If Previously Married, Name(s) of Prior Spouse(s): None

Date(s) Previous Marriage(s) Ended: (Month/Day/Year) None

**Part 4. Processing Information.**

A. Check One:
- ☑ a. The person named in Part 3 is now in the United States.
- ☐ b. The person named in Part 3 is now outside the United States. (Please indicate the location of the American Consulate or Embassy where your relative will apply for a visa.)

American Consulate/Embassy at: _____ City and Country

B. Is the person named in Part 3 in exclusion, deportation, or removal proceedings in the United States?
- ☐ a. No
- ☑ b. Yes (Please explain on a separate paper.) Please see attachment

**Part 5. Signature.** Read the information on penalties in the instructions before completing this section and sign below. If someone helped you to prepare this petition, he or she must complete Part 6.

I certify or, if outside the United States, I swear or affirm, under penalty of perjury under the laws of the United States of America, that this petition and the evidence submitted with it, is all true and correct. I authorize the release of any information from my record which the Immigration and Naturalization Service needs to determine eligibility for the benefit I am seeking.

| Signature | Print Name | Date | Daytime Telephone # |
|---|---|---|---|
| NI Bao Hua | NI, Bao Hua | 1/12/2004 | (347) 249-8978 |

Please Note: If you do not completely fill out this form, or fail to submit the required documents listed in the instructions, your relative may not be found eligible for the requested benefit and this petition may be denied.

**Part 6. Signature of person preparing form if other than Petitioner above. (Sign Below)**

I declare that I prepared this petition at the request of the above person and it is based on all of the information of which I have knowledge.

| Signature | Print Name | Date | Daytime Telephone # |
|---|---|---|---|
| [signed] | Nolan Cheng | 1/12/2004 | (212) 385-2122 |

Firm Name and Address: Nolan Cheng, Esq.
11 East Broadway, Suite 7C, New York, NY 10038

Form I-730 (Rev. 09/18/00) Y Page 2

H

Attachment to Form I-730
Part 4 Question B. (Continue) processing information about beneficiary:

XIAO, Mei Hao (A 70-901-518) is in removal proceedings before Judge Jankun. His individual hearing is set on February 11, 2004 at 26 Federal Plaza, 12th Floor, New York, NY 10278.

H

# 公 证 书

中华人民共和国福建省连江县公证处

I CERTIFY THAT I HAVE COMPARED THIS COPY WITH ITS ORIGINAL AND IT IS A TRUE AND COMPLETE COPY.
SIGNED _Nolan Cheng_ DATE 5/5/98
NAME: NOLAN CHENG, ESQ.
ADDRESS: 11 EAST BROADWAY, SUITE 7C, NY, NY 10038
ADMITTED TO PRACTICE IN THE STATE OF NEW YORK

H

## 结婚公证书

（97）连证字第6609号

兹证明萧美浩（男，一九六五年九月一日出生）与倪宝华（女，一九六五年四月四日出生）于一九九0年四月二十六日在福建省连江县登记结婚。

中华人民共和国福建省连江县公证处



公证员：林苏云

一九九七年八月二十六日



I CERTIFY THAT I HAVE COMPARED THIS COPY WITH
ITS ORIGINAL AND IT IS A TRUE AND COMPLETE
COPY.
SIGNED _Nolan Cheng_ DATE 5/5/98
NAME: NOLAN CHENG, ESQ.
ADDRESS: 11 EAST BROADWAY, SUITE 7C, NY, NY 10038
ADMITTED TO PRACTICE IN THE STATE OF NEW YORK

H

## MARRIAGE CERTIFICATE

(Translation)

(97) LZ. Zi, No. 6609

This is to certify that Xiao Mei Hao (male, born on September 1, 1965) and Ni Bao Hua (female, born on April 4, 1965) registered a marriage at Lianjiang County, Fujian Province on April 26, 1990.

Notary: Lin Su Yun

Lianjiang Notary Public Office

Fujian Province

The People's Republic of China

August 26, 1997

I CERTIFY THAT I HAVE COMPARED THIS COPY WITH ITS ORIGINAL AND IT IS A TRUE AND COMPLETE COPY.
SIGNED _____ DATE 5/5/98
NAME: NOLAN CHENG, ESQ.
ADDRESS: 11 EAST BROADWAY, SUITE 7C, NY, NY 10038
ADMITTED TO PRACTICE IN THE STATE OF NEW YORK

H

# 证 明 书

(97) 连证字第 6610 号

兹证明前面的译文内容与（97）连证字第 6609 号公证书中文相符。

中华人民共和国福建省连江县公证处

公证员： 



一九九七年八月二十六日

I CERTIFY THAT I HAVE COMPARED THIS COPY WITH ITS ORIGINAL AND IT IS A TRUE AND COMPLETE COPY.
SIGNED _____ DATE 5/5/98
NAME: NOLAN CHENG, ESQ.
ADDRESS: 11 EAST BROADWAY SUITE 7C, NY, NY 10038
ADMITTED TO PRACTICE IN THE STATE OF NEW YORK

H

## CERTIFICATE (TRANSLATION)

(97) LZ. Zi, No. 6610

This is to certify that the content of the English version attached hereto, is full conformity with the content of the (97) LZ. Zi, No. 6609 notarial certificate which is in Chinese.

Notary: Lin Su Yun

Lianjiang Notary Public Office

Fujian Province

The People's Republic of China

August 26, 1997

I CERTIFY THAT I HAVE COMPARED THIS COPY WITH ITS ORIGINAL AND IT IS A TRUE AND COMPLETE COPY.
SIGNED _____ DATE 5/5/98
NAME: NOLAN CHENG, ESQ.
ADDRESS: 11 EAST BROADWAY, SUITE 7C, NY, NY 10038
ADMITTED TO PRACTICE IN THE STATE OF NEW YORK

H

# 公 证 书

中华人民共和国福建省连江县公证处

I CERTIFY THAT I HAVE COMPARED THIS COPY WITH ITS ORIGINAL AND IT IS A TRUE AND COMPLETE COPY.
SIGNED _Nolan Chen_ DATE _5/5/98_
NAME: NOLAN CHENG, ESQ
ADDRESS: 11 EAST BROADWAY, SUITE 7C, NY, NY 10038
ADMITTED TO PRACTICE IN THE STATE OF NEW YORK

H

出 生 证 明 书

(93)连证字第2442号

兹证明肖美浩(男)于一九六五年九月一日在福建省连江县出生。肖美浩的父亲是肖济桃。肖美浩的母亲是江金花。



中华人民共和国福建省连江县公证处

公证员：

一九九三年四月一日

I CERTIFY THAT I HAVE COMPARED THIS COPY WITH
ITS ORIGINAL AND IT IS A TRUE AND COMPLETE
COPY.
SIGNED _Nola Cang_ DATE _5/5/98_
NAME: NOLAN CHENG, ESQ.
ADDRESS: 11 EAST BROADWAY, SUITE 7C, NY, NY 10038
ADMITTED TO PRACTICE IN THE STATE OF NEW YORK

0046

H

BIRTH CERTIFICATE

(Translation)

(93) LZ. Zi, No. 2442.

This is to certify that Xiao Mei Hao (male) was born on September 1, 1965 at Lianjiang County, Fujian Province. His father is Xiao Ji Tao and his mother is Jiang Jin Hua.

Notary: Chi Xinxi

Lianjiang Notary Public Office

Fujian Province

The People's Republic of China

April 1, 1993

I CERTIFY THAT I HAVE COMPARED THIS COPY WITH ITS ORIGINAL AND IT IS A TRUE AND COMPLETE COPY.
SIGNED _Nola Cheng_ DATE 5/5/98
NAME: NOLAN CHENG, ESQ.
ADDRESS: 11 EAST BROADWAY, SUITE 7C, NY, NY 10038
ADMITTED TO PRACTICE IN THE STATE OF NEW YORK

H

证　明　书

(93) 莞证字第 2443 号

兹证明前面的译文内容与 (93) 莞证字第 2442 号公证书中文相符。

中华人民共和国椹榛今华汇县公证处

公证员 建德豪



一九九三年 10 月 / 日



I CERTIFY THAT I HAVE COMPARED THIS COPY WITH
ITS ORIGINAL AND IT IS A TRUE AND COMPLETE
COPY.
SIGNED Nolan Cheng DATE 5/5/98
NAME: NOLAN CHENG, ESQ.
ADDRESS: 11 EAST BROADWAY, SUITE 7C, NY, NY 10038
ADMITTED TO PRACTICE IN THE STATE OF NEW YORK

H

NOTARIAL CERTIFICATE

(Translation)

(93) LZ. Zi, No. 2443.

This is to certify that the content of the English version attached hereto is in full conformity with the (93) LZ. Zi, No. 2442 notarial certificate which is in Chinese.

Notary: Chi Xinxi

Lianjiang Notary Public Office

Fujian Province

The People's Republic of China

April 1, 1993

I CERTIFY THAT I HAVE COMPARED THIS COPY WITH ITS ORIGINAL AND IT IS A TRUE AND COMPLETE COPY.
SIGNED _____ DATE 5/5/98
NAME: NOLAN CHENG, ESQ.
ADDRESS: 11 EAST BROADWAY, SUITE 7C, NY, NY 10038
ADMITTED TO PRACTICE IN THE STATE OF NEW YORK

U.S. Department of Justice
Immigration and Naturalization Service

Notice of Entry of Appearance as Attorney or Representative

Appearances - An appearance shall be filed on this form by the attorney or representative appearing in each case. Thereafter, substitution may be permitted upon the written withdrawal of the attorney or representative of record or upon notification of the new attorney or representative. When an appearance is made by a person acting in a representative capacity, his personal appearance or signature shall constitute a representation that under the provisions of this chapter he is authorized and qualified to represent. Further proof of authority to act in a representative capacity may be required. Availability of Records - During the time a case is pending, and except as otherwise provided in 8 CFR 103.2(b), a party to a proceeding or his attorney or representative shall be permitted to examine the record of proceeding in a Service office. He may, in conformity with 8 CFR 103.10, obtain copies of Service records or information therefrom and copies of documents or transcripts of evidence furnished by him. Upon request, he/she may, in addition, be loaned a copy of the testimony and exhibits contained in the record of proceeding upon giving his/her receipt for such copies and pledging that it will be surrendered upon final disposition of the case or upon demand. If extra copies of exhibits do not exist, they shall not be furnished free on loan; however, they shall be made available for copying or purchase of copies as provided in 8 CFR 103.10.

In re: NI, Bao Hua aka NI, Pau Hua

Date: 1/12/2004

File No. A77-047-590

I hereby enter my appearance as attorney for (or representative of), and at the request of the following named person(s):

Name: NI, Bao Hua aka NI, Pau Hua
☑ Petitioner  ☐ Applicant  ☐ Beneficiary
Address: (Apt. No.) #13  (Number & Street) 247 Broome Street  (City) New York  (State) NY  (Zip Code) 10002

Name: XIAO, Mei Hao
☐ Petitioner  ☐ Applicant  ☑ Beneficiary
Address: (Apt. No.) #13  (Number & Street) 247 Broome Street  (City) New York  (State) NY  (Zip Code) 10002

Check Applicable Item(s) below:

☑ 1. I am an attorney and a member in good standing of the bar of the Supreme Court of the United States or of the highest court of the following State, territory, insular possession, or District of Columbia
NYS Supreme Court      Appellate Div. 1st Dept.     and am not under a court or administrative agency
Name of Court
order suspending, enjoining, restraining, disbarring, or otherwise restricting me in practicing law.

☐ 2. I am an accredited representative of the following named religious, charitable, social service, or similar organization established in the United States and which is so recognized by the Board:

☐ 3. I am associated with _____
the attorney of record previously filed a notice of appearance in this case and my appearance is at his request. (If you check this item, also check item 1 or 2 whichever is appropriate.)

☐ 4. Others (Explain Fully.)

SIGNATURE
NAME (Type or Print) Nolan Cheng

COMPLETE ADDRESS
11 E. Broadway, Suite 7C
New York, NY 10038

TELEPHONE NUMBER
212-385-2122

PURSUANT TO THE PRIVACY ACT OF 1974, I HEREBY CONSENT TO THE DISCLOSURE TO THE FOLLOWING NAMED ATTORNEY OR REPRESENTATIVE OF ANY RECORD PERTAINING TO ME WHICH APPEARS IN ANY IMMIGRATION AND NATURALIZATION SERVICE SYSTEM OF RECORDS:

_____
(Name of Attorney or Representative)

THE ABOVE CONSENT TO DISCLOSURE IS IN CONNECTION WITH THE FOLLOWING MATTER:

Name of Person Consenting: NI, Bao Hua aka NI, Pau Hua
Signature of Person Consenting: Ni Bao Hua
Date: 1/12/2004

(NOTE: Execution of this box is required under the Privacy Act of 1974 where the person being represented is a citizen of the United States or an alien lawfully admitted for permanent residence.)

This form may not be used to request records under the Freedom of Information Act or the Privacy Act. The manner of requesting such records is contained in 8CFR 103.10 and 103.20 Et.SEQ.

Form G-28 (09/26/00)Y