U.S. Department of Justice
Immigration and Naturalization Service

I

**Notice of Action**

(b)(4)

UNITED STATES OF AMERICA

| RECEIPT NUMBER | CASE TYPE |
| --- | --- |
| LIN-04-087-52719 | I730 REFUGEE/ASYLEE RELATIVE PETITION |

| RECEIVED DATE | PETITIONER |
| --- | --- |
| January 3, 2004 | A77 047 590 | NI, BAO HUA |

| PRIORITY DATE | |
| --- | --- |

| NOTICE DATE | PAGE | BENEFICIARY |
| --- | --- | --- |
| February 9, 2004 | 1 of 1 | |

NOLAN CHENG
11 E BROADWAY SUITE 7C
NEW YORK NY 10038

Notice Type: Receipt Notice

Fee Waived

The above application or petition has been received. It usually takes 480 to 510 days from the date of this receipt for us to process this type of case. Please notify us immediately if any of the above information is incorrect.

We will send you a written notice as soon as we make a decision on this case. You can also use the phone number and the receipt number (at the top of this notice) to check the status of this case.

800-375-5283) to obtain case status information direct from our automated system 24 hours a day with a touch-tone phone, hearing impaired, please call our TDD at 1-800-767-1833.

If you have other questions about possible immigration benefits and services, filing information, or immigration and Naturalization service forms, please call the INS National Customer Service Center (NCSC) at 1-800-375-5283. If you are

You can also visit the INS on the Internet at www.bcis.gov. On our web site you can get up-to-date case status information on your case and find valuable information about immigration services and benefits.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

NEBRASKA SERVICE CENTER
U. S. IMMIG. & NATZ. SERVICE
P.O. BOX 82521
LINCOLN NE 68501-2521
Customer Service Telephone: 800-375-5283



U.S. Department of Justice
Immigration and Naturalization Service

I

# Notice of Action

1024

THE UNITED STATES OF AMERICA

| RECEIPT NUMBER | | CASE TYPE |
|---|---|---|
| LIN-04-087-52716 | | I730 REFUGEE ASYLEE RELATIVE PETITION |
| RECEIVED DATE | PRIORITY DATE | PETITIONER |
| February 3, 2004 | | A77 047 590 NI, BAO HUA |
| NOTICE DATE | PAGE | |
| February 9, 2004 | 1 of 1 | |

NOLAN CHENG
11 E BROADWAY SUITE 7C
NEW YORK NY 10038

Notice Type: Receipt Notice

Fee Waived

The above application or petition has been received. It usually takes 480 to 510 days from the date of this receipt for us to process this type of case. Please notify us immediately if any of the above information is incorrect.

We will send you a written notice as soon as we make a decision on this case. You can also use the phone number 800-375-5283 to obtain case status information direct from our automated system 24 hours a day with a touch-tone phone and the receipt number for this case (at the top of this notice).

If you have other questions about possible immigration benefits and services, filing information, or Immigration and Naturalization Service forms, please call the INS National Customer Service Center (NCSC) at 1-800-375-5283. If you are hearing impaired, please call our TDD at 1-800-767-1833.

You can also visit the INS on the internet at www.bcis.gov. On our web site you can get-up-to-date case status information on your case and find valuable information about immigration services and benefits.

Please see the additional information on the back. You will be notified separately about any other cases you filed.
NEBRASKA SERVICE CENTER
U. S. IMMIG. & NATZ. SERVICE
P.O. BOX 82521
LINCOLN NE 68501-2521
Customer Service Telephone: 800-375-5283

U.S. Department of Justice
Immigration and Naturalization Service

# Notice of Action

| | | | |
|---|---|---|---|
| RECEIPT NUMBER | | | LIN-04-087-52711 |
| CASE TYPE | REFUGEE ASYLEE RELATIVE PETITION | | |

| RECEIVED DATE | PRIORITY DATE | PETITIONER | |
|---|---|---|---|
| February 3, 2004 | | NI, BAO HUA | A77 047 590 |

| NOTICE DATE | PAGE | | |
|---|---|---|---|
| February 9, 2004 | 1 OF 1 | | |

NOLAN CHENG
11 E BROADWAY SUITE 7C
NEW YORK NY 10038

Notice Type: Receipt Notice

Fee Waived

The above application or petition has been received. It usually takes 480 to 510 days from the date of this receipt for us to process this type of case. Please notify us immediately if any of the above information is incorrect.

We will send you a written notice as soon as we make a decision on this case. You can also use the phone number 800-375-5283 to obtain case status information directly from our automated system 24 hours a day with a touch-tone phone and the receipt number for this case (at the top of this notice).

If you have other questions about possible immigration benefits and services, filing information, or immigration and naturalization service forms, please call the INS National Customer Service Center (NCSC) at 1-800-375-5283. If you are hearing impaired, please call our TDD at 1-800-767-1833.

You can also visit the INS on the internet at www.ins.usdoj.gov. Here you can get up-to-date case status information on your case and find valuable information about immigration services and benefits.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

U.S. IMMIG. & NAT. SERVICE
NEBRASKA SERVICE CENTER
P.O. BOX 82521
LINCOLN NE 68501-2521
Customer Service Telephone: 800-375-5283

# LAW OFFICES OF NOLAN CHENG
## 11 EAST BROADWAY, SUITE 7C
### NEW YORK, NEW YORK 10038

Nolan Cheng, Esq., NY & NJ Bars
Craig T. Donovan, Esq., NY, NJ & DC Bars

TEL. NO. (212) 385-2122
FAX NO. (212) 385-2022

October 12, 2005

BCIS
Nebraska Service Center
P.O. Box 82521
Lincoln, NE 68501-2521

Re:    I-730

Petitioner:      NI, Bao Hua (A77-047-590)
Beneficiaries:   XIAO, Mei Hao (Husband)
                 XIAO, Jun Qing (Eldest son)
                 XIAO, Jun Qiang (Second son)
Re: Receipt Number: LIN-04-087-52711
Re: Receipt Number: LIN-04-087-52716
Re: Receipt Number: LIN-04-087-52719
Our File No: #1024

Dear Sir/Madam:

Please be advised that 611ys have elapsed. The undersigned, however, has not received the approval notices for the above-named beneficiaries. Enclosed please find the above-named beneficiaries receipt notices for I-730 from the U.S. Department of Justice. Please follow up the application and process it as soon as possible.

Thank you for your cooperation.

Sincerely,

Nolan Cheng

# U.S. Citizenship and Immigration Services

Immigration Services
and Benefits

National Customer
Service Call Center
(NCSC)

Call Service and
Information

Case Status Online

Case Status
Search

Register

Login

Case Status
FAQs

## Case Status

**Receipt Number: LIN0408752711**

**Application Type: I730, REFUGEE ASYLEE RELATIVE PETITION**

**Current Status:**

On June 8, 2004, we transferred your I730 REFUGEE ASYLEE RELATIVE PETITION to an office in NEW YORK, NY for processing. Our office in NEW YORK, NY will send you a written decision as soon as processing is complete. You should receive a notice informing you that your case has been transferred to a local office.

You can choose to receive automatic case status updates, which will be sent via email. Please click here to create an account online.

If you would like to see the Processing Dates for Applications and Petitions, click here.

Note: Case Status is available for Applications and Petitions which were filed at USCIS Service Centers. If you filed at a USCIS Local Office, your case status may not be reviewable online but for processing times on forms filed at that Office please, click here.

If you have a question about case status information provided via this site, or if you have not received a decision or advice from the USCIS within the projected processing time frame, please contact the National Customer Service Center at (800) 375 - 5283 or 1-800-767-1833 (TTY).

[New Search]

[Printer Friendly Case Status]

[Add Change of Address]

07-11-2006 11:09 AM EDT

ttps://egov.immigrat.oo&gov/cris/casepasearch.do?aPPeage=Status Search

# U.S. Citizenship and Immigration Services

## Case Status

Immigration Services
and Benefits

National Customer
Service Call Center
(NCSC)

Call Center and
Information

Case Status Online

Search

Register

Login

Case Status
FAQs

**Receipt Number:** LIN0408752716

**Application Type:** I730, REFUGEE ASYLEE RELATIVE PETITION

**Current Status:**

On June 8, 2004, we transferred your I730 REFUGEE ASYLEE RELATIVE PETITION to an office in NEW YORK, NY for processing. Our office in NEW YORK, NY will send you a written decision as soon as processing is complete. You should receive a notice informing you that your case has been transferred to a local office.

You can choose to receive automatic case status updates, which will be sent via email. Please click here to create an account online.

If you would like to see the Processing Dates for Applications and Petitions, click here.

Note: Case Status is available for Applications and Petitions which were filed at USCIS Service Centers. If you filed at a USCIS Local Office, your case status may not be reviewable online but for processing times on forms filed at that Office please, click here.

If you have a question about case status information provided via this site, or if you have not received a decision or advice from the USCIS within the projected processing time frame, please contact the National Customer Service Center at (800) 375 - 5283 or 1-800-767-1833 (TTY).

[ New Search ]

[ Printer Friendly Case Status ]

[ Get Adobe Reader ]

07-11-2006 11:10 AM EDT

# U.S. Citizenship and Immigration Services

TEXT ONLY HOME WHAT'S NEW FAQS SEARCH GLOSSARY FEEDBACK TRANSLATE PRINTPAGE

J1

Immigration Services and Benefits
- National Customer Service Call Center (NCSC)
  - Call Scripts and Information
  - Case Status Online
    - Case Status Search
    - Register
    - Login
    - Case Status FAQs

## Case Status

**Receipt Number: LIN0408752719**

**Application Type: I730, REFUGEE ASYLEE RELATIVE PETITION**

**Current Status:**

On June 8, 2004, we transferred your I730 REFUGEE ASYLEE RELATIVE PETITION to an office in NEW YORK, NY for processing. Our office in NEW YORK, NY will send you a written decision as soon as processing is complete. You should receive a notice informing you that your case has been transferred to a local office.

You can choose to receive automatic case status updates, which will be sent via email. Please click here to create an account online.

---

If you would like to see the Processing Dates for Applications and Petitions, click here.

Note: Case Status is available for Applications and Petitions which were filed at USCIS Service Centers. If you filed at a USCIS Local Office, your case status may not be reviewable online but for processing times on forms filed at that Office please, click here.

If you have a question about case status information provided via this site, or if you have not received a decision or advice from the USCIS within the projected processing time frame, please contact the National Customer Service Center at (800) 375 - 5283 or 1-800-767-1833 (TTY).

New Search

Printer Friendly Case Status

Get Acrobat Reader

**07-11-2006 11:11 AM EDT**

# LAW OFFICES OF NOLAN CHENG
## 11 EAST BROADWAY, SUITE 7C
### NEW YORK, NEW YORK 10038

Nolan Cheng, Esq., NY & NJ Bars
Grace Yin Yeung, Esq., NY & NJ Bars

TEL. NO. (212) 385-2122
FAX NO. (212) 385-2022
E-Mail: chengnolan@yahoo.com

July 14, 2006

BCIS
26 Federal Plaza,
New York, NY 10278

Re:    I-730

Petitioner:    NI, Bao Hua (A77-047-590)
Beneficiaries:    XIAO, Mei Hao (Husband)
                XIAO, Jun Qing (Eldest son)
                XIAO, Jun Qiang (Second son)
Re: Receipt Number: **LIN-04-087-52711**
Re: Receipt Number: **LIN-04-087-52716**
Re: Receipt Number: **LIN-04-087-52719**
Our File No: #1024

Dear Sir/Madam:

Please be advised that 892 days have elapsed. The undersigned, however, has not received the approval notices for the above-named beneficiaries. Enclosed please find the above-named beneficiaries receipt notices for I-730 from the U.S. Department of Justice. Please follow up the application and process it as soon as possible.

Thank you for your cooperation.

Sincerely,

Nolan Cheng

U.S. Department of Justice
Immigration and Naturalization Service

# Notice of Action

K

THE UNITED STATES OF AMERICA

| | |
|---|---|
| RECEIPT NUMBER<br>LIN-04-087-52711 | CASE TYPE<br>REFUGEE ASYLEE RELATIVE PETITION |
| RECEIVED DATE<br>February 3, 2004 | PRIORITY DATE | PETITIONER A77 047 590<br>NI, BAO HUA |
| NOTICE DATE<br>February 9, 2004 | PAGE<br>1 of 1 |

NOLAN CHENG
11 E BROADWAY SUITE /C
NEW YORK NY 10038

Notice Type: Receipt Notice

Fee Waived

The above application or petition has been received. It usually takes 480 to 510 days from the date of this receipt for us to process this type of case. Please notify us immediately if any of the above information is incorrect.

We will send you a written notice as soon as we make a decision on this case. You can also use the phone number 800-375-5283 to obtain case status information direct from our automated system 24 hours a day with a touch-tone phone and the receipt number for this case (at the top of this notice).

If you have other questions about possible immigration benefits and services, filing information, or Immigration and Naturalization Service forms, please call the INS National Customer Service Center (NCSC) at 1-800-375-5283. If you are hearing impaired, please call our TDD at 1-800-767-1833.

You can also visit the INS on the internet at www.bcis.gov. On our web site you can get up-to-date case status information on your case and find valuable information about immigration services and benefits.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

NEBRASKA SERVICE CENTER
U. S. IMMIG. & NATZ. SERVICE
P.O. BOX 82521
LINCOLN NE 68501-2521
Customer Service Telephone: 800-375-5283

U.S. Department of Justice
Immigration and Naturalization Service

# Notice of Action

K

UNITED STATES OF AMERICA

| RECEIPT NUMBER | | CASE TYPE I730 |
|---|---|---|
| EIN-04-087-52716 | | REFUGEE ASYLEE RELATIVE PETITION |
| RECEIVED DATE: February 3, 2004 | PRIORITY DATE | PETITIONER A77 047 590<br>NI, BAO HUA |
| NOTICE DATE: February 9, 2004 | PAGE: 1 of 1 | |

NOLAN CHENG
11 E BROADWAY SUITE 7C
NEW YORK NY 10038

Notice Type: Receipt Notice

Fee Waived

The above application or petition has been received. It usually takes 480 to 510 days from the date of this receipt for us to process this type of case. Please notify us immediately if any of the above information is incorrect.

We will send you a written notice as soon as we make a decision on this case. You can also use the phone number 800-375-5283 to obtain case status information direct from our automated system 24 hours a day with a touch-tone phone and the receipt number for this case (at the top of this notice).

If you have other questions about possible immigration benefits and services, filing information, or Immigration and Naturalization Service forms, please call the INS National Customer Service Center (NCSC) at 1-800-375-5283. If you are hearing impaired, please call our TDD at 1-800-767-1833.

You can also visit the INS on the internet at www.bcis.gov. On our web site you can get up-to-date case status information on your case and find valuable information about immigration services and benefits.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

NEBRASKA SERVICE CENTER
U. S. IMMIG. & NATZ. SERVICE
P.O. BOX 82521
LINCOLN NE 68501-2521
Customer Service Telephone: 800-375-5283

U.S. Department of Justice
Immigration and Naturalization Service

# Notice of Action

K

THE UNITED STATES OF AMERICA

| | | |
|---|---|---|
| RECEIPT NUMBER<br>LIN-04-087-52719 | | CASE TYPE I730<br>REFUGEE ASYLEE RELATIVE PETITION |
| RECEIVED DATE<br>January 3, 2004 | PRIORITY DATE | PETITIONER A77 047 590<br>NI, BAO HUA |
| NOTICE DATE<br>February 9, 2004 | PAGE<br>1 of 1 | |

NOLAN CHENG
11 E BROADWAY SUITE 7C
NEW YORK NY 10038

Notice Type: Receipt Notice

Fee Waived

The above application or petition has been received. It usually takes 480 to 510 days from the date of this receipt for us to process this type of case. Please notify us immediately if any of the above information is incorrect.

We will send you a written notice as soon as we make a decision on this case. You can also use the phone number 800-375-5283 to obtain case status information direct from our automated system 24 hours a day with a touch-tone phone and the receipt number for this case (at the top of this notice).

If you have other questions about possible immigration benefits and services, filing information, or Immigration and Naturalization Service forms, please call the INS National Customer Service Center (NCSC) at 1-800-375-5283. If you are hearing impaired, please call our TDD at 1-800-767-1833.

You can also visit the INS on the internet at www.bcis.gov. On our web site you can get up-to-date case status information on your case and find valuable information about immigration services and benefits.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

NEBRASKA SERVICE CENTER
U. S. IMMIG. & NATZ. SERVICE
P.O. BOX 82521
LINCOLN NE 68501-2521
Customer Service Telephone: 800-375-5283

# LAW OFFICES OF NOLAN CHENG
## 11 EAST BROADWAY, SUITE 7C
## NEW YORK, NEW YORK 10038

Nolan Cheng, Esq., NY & NJ Bars
Grace Yin Yeung, Esq., NY & NJ Bars

TEL. NO. (212) 385-2122
FAX NO. (212) 385-2022
E-Mail: chengnolan@yahoo.com

November 16, 2006

USCIS
Nebraska Service Center
P. O. Box 82521
Lincoln, NE 68501-2521

Re:    I-730

Asylee:            NI, Bao Hua
A#:                A77-047-590
Asylee Derivative: XIAO, Mei Hao (Husband)
Receipt No:        LIN-04-087-52711
Our File No:       #1024

Dear Sir/Madam:

Enclosed please find a copy of the Notice indicating that the condition on the Executive Office for Immigration Review grant of asylum in the above-named asylee's case has been removed as of December 18, 2003 being submitted in support of the above-referenced petition. Enclosed please find a copy of receipt notice for Form I-730.

Thank you for your attention and assistance.

Sincerely,

Nolan Cheng

Cc: BCIS
26 Federal Plaza,
New York, NY 10278

**U.S. Department of Justice**

Executive Office for Immigration Review

*5107 Leesburg Pike, Suite 2400*
*Falls Church, VA 22041*

Date of This Notice: December 18, 2003

CHENG, NOLAN, ESQ.
11 EAST BROADWAY, SUITE 7C
NEW YORK NY 10038

In re:   PAU HUA NI

File:   A77 047 590

On June 21, 2000, the Executive Office for Immigration Review found that you were eligible for asylum based on resistance to coercive population control methods. The Executive Office for Immigration Review ordered that you be granted asylum on a conditional basis. The order was conditional because, under section 207(a)(5) of the Immigration and Nationality Act, not more than 1,000 persons can be granted asylum or admitted as refugees pursuant to a persecution claim based on resistance to coercive population control methods in a fiscal year.

The Bureau of Citizenship and Immigration Services (USCIS), Department of Homeland Security, has informed the Executive Office for Immigration Review that you have been allocated a number within the 1,000 cap. Accordingly, the condition on the Executive Office for Immigration Review grant of asylum in your case has been removed and you have been granted asylum as of December 18, 2003.

You are eligible to apply for employment authorization with USCIS based on the approval of your asylum application. In addition, you may apply for permanent residence status with USCIS one year after the date of your final grant of asylum, as noted above. Any dependents listed below may be eligible for the same benefits. For more information about asylee benefits, access the USCIS web site at http://www.uscis.gov/graphics/services/asylum/types.humgrant and review the "Grant of Asylum" section.

If you have any questions regarding your case, please direct your inquiry to the appropriate office below:

The Office of the Chief Immigration Judge
5107 Leesburg Pike, Suite 2500
Falls Church, VA 22041

The Board of Immigration Appeals
The Clerk's Office
Post Office Box 8530
5201 Leesburg Pike, Suite 1300
Falls Church, VA 22041

cc: District Counsel



U.S. Department of Justice
Immigration and Naturalization Service

# Notice of Action

THE UNITED STATES OF AMERICA

| RECEIPT NUMBER | | CASE TYPE |
|---|---|---|
| LIN-04-087-52711 | | REFUGEE ASYLEE RELATIVE PETITION |
| RECEIVED DATE | PRIORITY DATE | PETITIONER A77 047 590 |
| February 3, 2004 | | NI, BAO HUA |
| NOTICE DATE | PAGE | |
| February 9, 2004 | 1 of 1 | |

NOLAN CHENG
11 E BROADWAY SUITE 7C
NEW YORK NY 10038

Notice Type: Receipt Notice

Fee Waived

The above application or petition has been received. It usually takes 480 to 510 days from the date of this receipt for us to process this type of case. Please notify us immediately if any of the above information is incorrect.

We will send you a written notice as soon as we make a decision on this case. You can also use the phone number 800-375-5283 to obtain case status information direct from our automated system 24 hours a day with a touch-tone phone and the receipt number for this case (at the top of this notice).

If you have other questions about possible immigration benefits and services, filing information, or Immigration and Naturalization Service forms, please call the INS National Customer Service Center (NCSC) at 1-800-375-5283. If you are hearing impaired, please call our TDD at 1-800-767-1833.

You can also visit the INS on the internet at www.bcis.gov. On our web site you can get up-to-date case status information on your case and find valuable information about immigration services and benefits.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

NEBRASKA SERVICE CENTER
U. S. IMMIG. & NATZ. SERVICE
P.O. BOX 82521
LINCOLN NE 68501-2521
Customer Service Telephone: 800-375-5283

# LAW OFFICES OF NOLAN CHENG
## 11 EAST BROADWAY, SUITE 7C
## NEW YORK, NEW YORK 10038

Nolan Cheng, Esq., NY & NJ Bars    Grace Yin Yeung, Esq., NY & NJ Bars

TEL. NO. (212) 385-2122
FAX NO. (212) 385-2022
E-Mail: chengnolan@yahoo.com

November 16, 2006

USCIS
Nebraska Service Center
P. O. Box 82521
Lincoln, NE 68501-2521

Re: I-730
Asylee: NI, Bao Hua
A#: A77-047-590
Asylee Derivative: XIAO, Jun Qing (Eldest Son)
Receipt No: LIN-04-087-52716
Our File No: #1024

Dear Sir/Madam:

Enclosed please find a copy of the Notice indicating that the condition on the Executive Office for Immigration Review grant of asylum in the above-named asylee's case has been removed as of December 18, 2003 being submitted in support of the above-referenced petition. Enclosed please find a copy of receipt notice for Form I-730.

Thank you for your attention and assistance.

Sincerely,

Nolan Cheng

Cc: BCIS
26 Federal Plaza,
New York, NY 10278

N:/my doc/imm/filing/I-730/court/condition removed/#1024



**U.S. Department of Justice**

Executive Office for Immigration Review

*5107 Leesburg Pike, Suite 2400*
*Falls Church, VA 22041*

Date of This Notice: December 18, 2003

CHENG, NOLAN, ESQ.
11 EAST BROADWAY, SUITE 7C
NEW YORK NY 10038

In re:    PAU HUA NI

File:    A77 047 590

On June 21, 2000, the Executive Office for Immigration Review found that you were eligible for asylum based on resistance to coercive population control methods. The Executive Office for Immigration Review ordered that you be granted asylum on a conditional basis. The order was conditional because, under section 207(a)(5) of the Immigration and Nationality Act, not more than 1,000 persons can be granted asylum or admitted as refugees pursuant to a persecution claim based on resistance to coercive population control methods in a fiscal year.

The Bureau of Citizenship and Immigration Services (USCIS), Department of Homeland Security, has informed the Executive Office for Immigration Review that you have been allocated a number within the 1,000 cap. Accordingly, the condition on the Executive Office for Immigration Review grant of asylum in your case has been removed and you have been granted asylum as of December 18, 2003.

You are eligible to apply for employment authorization with USCIS based on the approval of your asylum application. In addition, you may apply for permanent residence status with USCIS one year after the date of your final grant of asylum, as noted above. Any dependents listed below may be eligible for the same benefits. For more information about asylee benefits, access the USCIS web site at http://www.uscis.gov/graphics/services/asylum/types.htm#grant and review the "Grant of Asylum" section.

If you have any questions regarding your case, please direct your inquiry to the appropriate office below:

The Office of the Chief Immigration Judge
5107 Leesburg Pike, Suite 2500
Falls Church, VA 22041

The Board of Immigration Appeals
The Clerk's Office
Post Office Box 8530
5201 Leesburg Pike, Suite 1300
Falls Church, VA 22041

cc:    District Counsel



U.S. Department of Justice
Immigration and Naturalization Service

# Notice of Action

M

THE UNITED STATES OF AMERICA

| | | | |
|---|---|---|---|
| RECEIPT NUMBER<br>EIN-04-087-52716 | | CASE TYPE 1730<br>REFUGEE ASYLEE RELATIVE PETITION | |
| RECEIVED DATE<br>February 3, 2004 | PRIORITY DATE | PETITIONER A77 047 590<br>NI, BAO HUA | |
| NOTICE DATE<br>February 9, 2004 | PAGE<br>1 of 1 | | |

| | |
|---|---|
| NOLAN CHENG<br>11 E BROADWAY SUITE 7C<br>NEW YORK NY 10038 | Notice Type: Receipt Notice<br><br>Fee Waived |

The above application or petition has been received. It usually takes 480 to 510 days from the date of this receipt for us to process this type of case. Please notify us immediately if any of the above information is incorrect.

We will send you a written notice as soon as we make a decision on this case. You can also use the phone number 800-375-5283 to obtain case status information direct from our automated system 24 hours a day with a touch-tone phone and the receipt number for this case (at the top of this notice).

If you have other questions about possible immigration benefits and services, filing information, or Immigration and Naturalization Service forms, please call the INS National Customer Service Center (NCSC) at 1-800-375-5283. If you are hearing impaired, please call our TDD at 1-800-767-1833.

You can also visit the INS on the internet at www.bcis.gov. On our web site you can get up-to-date case status information on your case and find valuable information about immigration services and benefits.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

NEBRASKA SERVICE CENTER
U. S. IMMIG. & NATZ. SERVICE
P.O. BOX 82521
LINCOLN NE 68501-2521
Customer Service Telephone: 800-375-5283

# LAW OFFICES OF NOLAN CHENG
## 11 EAST BROADWAY, SUITE 7C
## NEW YORK, NEW YORK 10038

Nolan Cheng, Esq., NY & NJ Bars
Grace Yin Yeung, Esq., NY & NJ Bars

TEL. NO: (212) 385-2122
FAX NO: (212) 385-2022
E-Mail: chengnolan@yahoo.com

November 16, 2006

USCIS
Nebraska Service Center
P. O. Box 82521
Lincoln, NE 68501-2521

Re:     I-730

Asylee:                 NI, Bao Hua
A#:                     A77-047-590
Asylee Derivative:      XIAO, Jun Qiang (Second Son)
Receipt No:             LIN-04-087-52719
Our File No:            #1024

Dear Sir/Madam:

Enclosed please find a copy of the Notice indicating that the condition on the Executive Office for Immigration Review grant of asylum in the above-named asylee's case has been removed as of December 18, 2003 being submitted in support of the above-referenced petition. Enclosed please find a copy of receipt notice for Form I-730.

Thank you for your attention and assistance.

Sincerely,

Nolan Cheng

Cc: BCIS
    26 Federal Plaza,
    New York, NY 10278

NC/my doc/imm/filing/I-730/oc/court/condition removed/#1024

U.S. Department of Justice
Immigration and Naturalization Service

# Notice of Action

| | |
|---|---|
| RECEIPT NUMBER: LIN-04-087-52719 | CASE TYPE: I730 REFUGEE ASYLEE RELATIVE PETITION |
| RECEIVED DATE: January 3, 2004 / PRIORITY DATE: | PETITIONER: A77 047 590 NI, BAO HUA |
| NOTICE DATE: February 9, 2004 / PAGE: 1 of 1 | |

NOLAN CHENG
11 E BROADWAY SUITE 7C
NEW YORK NY 10038

Notice Type: Receipt Notice

Fee Waived

The above application or petition has been received. It usually takes 480 to 510 days from the date of this receipt for us to process this type of case. Please notify us immediately if any of the above information is incorrect.

We will send you a written notice as soon as we make a decision on this case. You can also use the phone number 800-375-5283 to obtain case status information direct from our automated system 24 hours a day with a touch-tone phone and the receipt number for this case (at the top of this notice).

If you have other questions about possible immigration benefits and services, filing information, or Immigration and Naturalization Service forms, please call the INS National Customer Service Center (NCSC) at 1-800-375-5283. If you are hearing impaired, please call our TDD at 1-800-767-1833.

You can also visit the INS on the internet at www.bcis.gov. On our web site you can get up-to-date case status information on your case and find valuable information about immigration services and benefits.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

NEBRASKA SERVICE CENTER
U. S. IMMIG. & NATZ. SERVICE
P.O. BOX 82521
LINCOLN NE 68501-2521
Customer Service Telephone: 800-375-5283

U.S. Department of Justice

Executive Office for Immigration Review

*5107 Leesburg Pike, Suite 2400*
*Falls Church, VA 22041*

Date of This Notice: December 18, 2003

CHENG, NOLAN, ESQ.
11 EAST BROADWAY, SUITE 7C
NEW YORK NY 10038

In re:    PAU HUA NI

File:    *A77 047 590*

On June 21, 2000, the Executive Office for Immigration Review found that you were eligible for asylum based on resistance to coercive population control methods. The Executive Office for Immigration Review ordered that you be granted asylum on a conditional basis. The order was conditional because, under section 207(a)(5) of the Immigration and Nationality Act, not more than 1,000 persons can be granted asylum or admitted as refugees pursuant to a persecution claim based on resistance to coercive population control methods in a fiscal year.

The Bureau of Citizenship and Immigration Services (USCIS), Department of Homeland Security, has informed the Executive Office for Immigration Review that you have been allocated a number within the 1,000 cap. Accordingly, the condition on the Executive Office for Immigration Review grant of asylum in your case has been removed and you have been granted asylum as of December 18, 2003.

You are eligible to apply for employment authorization with USCIS based on the approval of your asylum application. In addition, you may apply for permanent residence status with USCIS one year after the date of your final grant of asylum. Any dependents listed below may be eligible for the same benefits. For more information about asylee benefits, access the USCIS web site at http://www.uscis.gov/graphics/services/asylum/types.htm#grant and review the "Grant of Asylum" section.

If you have any questions regarding your case, please direct your inquiry to the appropriate office below:

The Office of the Chief Immigration Judge
5107 Leesburg Pike, Suite 2500
Falls Church, VA 22041

The Board of Immigration Appeals
The Clerk's Office
Post Office Box 8530
5201 Leesburg Pike, Suite 1300
Falls Church, VA 22041

cc:    District Counsel

Case 1:07-cv-03110-JGK    Document 1-6    Filed 04/18/2007    Page 21 of 21

https://egov.immigration.gov/cris/caseStatusSearchDo;jsessionid=aWJxTfK164i8r    1/9/2007

**U.S. Citizenship and Immigration Services**

TEXT ONLY  HOME  HELP  SITE MAP  FAQ  SEARCH  BOTERS  ANSSOTS  GLOSSARY  FEEDBACK  TRANSLATE  PRINTABLE



Immigration Services
and Benefits
National Customer
Service Call Center
(NCSC)

Call Service and
Info Information

Case Status Online

Case Status
Search

Call Service and
Information

Register

Login

Case Status
FAQs

### Case Status

**Receipt Number:** lin0408752711

**Application Type:** 1730, REFUGEE ASYLEE RELATIVE PETITION

**Current Status:** This case has been sent to another office for processing.

On June 8, 2004, we transferred this 1730 REFUGEE ASYLEE RELATIVE PETITION to our NEW YORK, NY location for processing and sent you a notice explaining this action. Please follow any instructions on this notice. You will be notified by mail when a decision is made, or if the office needs something from you. If you move while this case is pending, call customer service. We process cases in the order we receive them. You can use our processing dates to estimate when this case will be done. This case has been sent to our NEW YORK, NY location. Follow the link below to check processing dates. You can also receive automatic e-mail updates as we process your case. Just follow the link below to register.

You can choose to receive automatic case status updates, which will be sent via email. Please click here to create an account online.

If you would like to see our current Processing Dates for Applications and Petitions, click here.

Note: Case Status is available for Applications and Petitions which were filed at USCIS Service Centers. If you filed at a USCIS Local Office, your case status may not be reviewable online but for processing times on forms filed at that Office please, click here.

If you have a question about case status information provided via this site, or if you have not received a decision from USCIS within the current processing time listed, please contact Customer Service at (800) 375 - 5283 or 1-800-767-1833 (TTY).

[ New Search ]

[ Printer Friendly Case Status ]

[ Get Acrobat Reader ]

01-09-2007 02:55 PM EST