Craig T. Donovan, Esq. (C.D. 6268)
Counsel for Plaintiff
305 Broadway, 9th Floor
New York, NY 10007
Tel: 212-897-5818

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------------------x
                                        :

Bao Hua Ni,                               :     **Case No. 07 CV 3110**

                                         :       **ECF CASE**

                    Plaintiff,        :

                                         :     **J.G.K. (District Judge)**

                                       :     **D.F.E. (Magistrate Judge)**

                                       :       **ATTORNEY**

                                       :   **AFFIRMATION OF**

                                       :      **SERVICE**

                      v.             :

Alberto R. Gonzales, U.S. Attorney General, U.S. Dept.  :
  of Justice,                                     :

Michael Chertoff, Secretary, U.S. Dept. of Homeland   :
  Security,                                       :

Emilio T. Gonzalez, Director, USCIS, Washington, DC,  :

Gerard Heinauer, Director, U.S. Citizenship and     :
  Immigration Services, Nebraska Service Center,    :

USCIS, Nebraska Service Center,              :

USCIS New York City Field Office,           :

                    Defendants.    :

-------------------------------------------------------------------------------x

## ATTORNEY AFFIRMATION OF SERVICE

I, Craig T. Donovan, Esq., hereby affirm under penalty of perjury that I have served copies of the summons and complaint in the nature of mandamus with exhibits (A-O) and the assigned Judge's individual rules, USDC/SDNY ECF Instructions, USDC/SDNY ECF Procedures, and USDC/SDNY ECF Guidelines in this matter on April 18, 2007 upon the following parties below by certified mail/return receipt:

Hon. Alberto Gonzales
United States Attorney General
U.S. Dept. of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530-0001

Michael Chertoff
Secretary
U.S. Dept. of Homeland Security
Mail Stop: 0300
245 Murray Lane, SW
Washington, DC 20528-0300

Emilio T. Gonzalez
Director
United States Citizenship and Immigration Services (USCIS)
U.S. Dept. of Homeland Security
Mail Stop: 0300
245 Murray Lane, SW
Washington, DC 20528-0300

Gerard Heinauer
Director
United States Citizenship and Immigration Services (USCIS)
Nebraska Service Center
850 S Street
P.O. Box 82521
Lincoln, NE 68508

United States Citizenship and Immigration Services
Nebraska Service Center
Attn: Litigation Unit
850 S Street
P.O. Box 82521
Lincoln, NE 68508

United States Citizenship and Immigration Services
New York City Field Office
26 Federal Plaza, Room 3-310
New York, NY 10278

I, Craig T. Donovan, Esq. also hereby affirm under penalty of perjury that I have served a copy of the summons and complaint in the nature of mandamus with exhibits (A-O) and the assigned Judge's individual rules, USDC/SDNY ECF Instructions, USDC/SDNY ECF Procedures, and USDC/SDNY ECF Guidelines in this matter on April 18, 2007 upon the following party by personal delivery:

Michael J. Garcia, Esq.
United States Attorney
United States Attorney's Office
Southern District of New York
Civil Division
86 Chambers Street, 3rd Floor
New York, NY 10007

Dated: April 19, 2007
New York, NY

Respectfully submitted,

s/

_____

Craig T. Donovan (C.D. 6268)
Counsel for Plaintiff