UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
BAO HUA NI,
                Petitioner,

  -against-

UNITED STATES OF AMERICA,
                Respondent.
------------------------------------------------------------X

07 civ 3110 (JGK)

**MEMORANDUM AND ORDER**

**JOHN G. KOELTL, DISTRICT JUDGE:**

The Clerk of this Court is directed to serve, by certified mail return receipt requested, a copy of this order, together with a copy of the petition, on the United States Attorney for the Southern District of New York (the Government), who shall answer or move with respect to the petition for habeas corpus within sixty (60) days from the date of receipt of this order.

The petitioner's time to reply to the Government's response shall be thirty (30) days after receipt of the Government's response.

**SO ORDERED.**

Dated: New York, New York
5/3/07

                                            JOHN G. KOELTL
                              UNITED STATES DISTRICT JUDGE