MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By:    F. JAMES LOPREST, JR. (FJL:3210)
Special Assistant United States Attorney
86 Chambers Street, 4th Floor
New York, New York 10007
Tel. No.: (212) 637-2728

```
┌─────────────────────────────┐
│ USDC SDNY                   │
│ DOCUMENT                    │
│ ELECTRONICALLY FILED        │
│ DOC #: _____      │
│ DATE FILED: 6/5/07          │
└─────────────────────────────┘
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
BAO HUA NI,                                      :

                              Plaintiff,         :          STIPULATION AND
                                                            ORDER OF DISMISSAL
                     - v. -                       :
                                                            07 Civ. 3110 (JGK)
ALBERTO R. GONZALES, et al.,                      :

                              Defendants.         :
-------------------------------------------------------------------x

IT IS STIPULATED AND AGREED, by and between the undersigned counsel for the parties, that the above-

captioned action be, and hereby is, dismissed as moot, without costs or attorney's fees to any party.

Dated:   New York, New York
         May 30, 2007

                                                 _____
                                                 CRAIG T. DONOVAN, ESQ. (SFS: 6268  )
                                                 305 Broadway, 9th Floor
                                                 New York, NY 10007
                                                 Tel. No.: (212) 897-5818

Dated:   New York, New York
         May 1, 2007

                                                 MICHAEL J. GARCIA
                                                 United States Attorney for the
                                                 Southern District of New York
                                                 Attorney for Defendants

                                   By:
                                                 _____
                                                 F. JAMES LOPREST, JR. (FJL:3210)
                                                 Special Assistant United States Attorney
                                                 86 Chambers Street, 4th Floor
                                                 New York, NY 10007
                                                 Tel. No.: (212) 637-2728

SO ORDERED:

_____
HON. JOHN G. KOELTL
UNITED STATES DISTRICT JUDGE
             6/5/07

2007vo0659